FILED
U.S. District Court
District of Kansas

JAN 2 3 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

**CARLA DAVIS**
**JALEN DAVIS**
**901 N. Belmont**
**Wichita, Kansas 67208**
**Telephone: (316) 691-8804**
**Email: cardav01292021@yahoo.com**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**CARLA DAVIS, indv.**

**JALEN DAVIS, indv.**


              Plaintiffs,                                    **Jury Demanded**

        v.

 **U.S. DEPARTMENT OF JUSTICE; MERRICK B.**
**GARLAND**-U.S. ATTORNEY GENERAL; **U.S. DEPT.**
**OF HEALTH and HUMAN SERVICES;  XAVIER**
**BECERRA, SECRETARY of HEALTH and HUMAN**
**SERVICES; DUSTON SLINKARD**-KANSAS U.S.
ATTORNEY; **ERIC MELGREN, FORMER KANSAS**         **CASE**
**U.S. ATTORNEY; KRIS W. KOBACH**, KANSAS
ATTORNEY GENERAL; **KANSAS HOMELAND**            **NO.** 6:23-cv-1010-
**SECURITY; DAVID WEISHAAR, ADJUTANT**                    JAR-GEB
**GENERAL; KANSAS DEPARTMENT OF HEALTH**
**AND ENVIRONMENT; JANET STANEK**. KDHE
SECRETARY; **JAMES MICHAEL MOSER m.d.,**
**KANSAS DEPARTMENT OF HEALTH AND**
**ENVIRONMENT LEAD PUBLIC HEALTH PHYSICIAN;**
**VICKI SCHMIDT**, KANSAS INSURANCE COMMISSIONER:
**KANSAS HEALTH CARE STABILIZATION FUND;**
**CLARK SHULTZ, EXECUTIVE DIRECTOR**-KANSAS
HEALTH CARE STABILIZATION FUND: **SEDGWICK**
**COUNTY COMMISSIONERS -BOARD OF HEALTH:**
**MARC BENNETT- SEDGWICK COUNTY DISTRICT**
**ATTORNEY; CITY OF WICHITA CITY COUNSEL;**
**CENTRAL PLAINS HEALTH CARE PARTNERSHIP;**
**MEDICAL SOCIETY OF SEDGWICK COUNTY; WESLEY**
**MEDICAL CENTER, LLC; THE CHILDREN'S MERCY**

HOSPITAL; WICHITA CLINIC P.A. ( Name changes:
Christi Clinic P.A., NOW: ASCENSION MEDICAL GROUP
VIA CHRISTI, P.A.); KANSAS UNIVERSITY SCHOOL OF   )
MEDICINE-WICHITA and it's WICHITA CENTER FOR
GRADUATE MEDICAL EDUCATION, INC; GAROLD O.
MINNS m.d., DEAN OF KU SCHOOL OD MEDICINE-
WICHITA; STEWART E. DISMUKE m.d.,  FORMER
DEAN OF KU SCHOOL OF MEDICINE-WICHITA;
ROBERT KENAGY m.d., WICHITA CLINIC MEDICAL
DIRECTOR; CLYDE WILSON WESBROOK m.d.; DEE
SPADE m.d., WICHTIAL CLINIC; VIRGIL F. BURRY m.d.,
EXE. MEDICAL DIRECTOR-CHILDREN'S MERCY
HOSPITAL; HEWITT GOODPASTURE m.d.,  MEDICAL
SOCIETY OF SEDG. COUNTY; DAVID GRAINGER m.d.,
CENTRAL PLAINS HEALTH CARE PARTNERSHIP/ KU
SCHOOL OF MEDICICINE OB/GYN CHAIRMAN;
TRAVIS STEMBRIDGE m.d.OB/GYN-FORMER
PRESIDENT OF MEDICAL SOCIETY OF SEDGWICK
COUNTY;GERARD BASSELL m.d. Anesthesiologist, KU
SCHOOL OF MEDICINE PROGRAM DIRECTOR;
ANNA F. STORK-FURY, FORMER KU MEDICAL
STUDENT-OB/GYN; BRENDA KALLEMEYN-
FORMER KU MEDICAL STUDENT-OB/GYN;
TOM YAO- FORMER KU MEDICAL STUDENT-
ANESTHESIA; GIANFRANCO PEZZINO m.d.-
STATE OF KANSAS EPIDEMIOLOGIST;FOULSTON
SIEFKIN L.L.P.; KLENDA MITCHELL AUSTERMAN
ZUERCHER L.L.C. (KLENDA  AUSTERMAN L.L.C.)

## CIVIL COMPLAINT FOR INJUNCTIVE AND DELARATORY RELIEF WITH POSSIBLE MONEY DAMAGES FOR CONSTITUTIONAL VIOLATIONS

### PARTIES

1.      Plaintiff CARLA DAVIS is a resident of Kansas with the address of 901 N. Belmont, Wichita, Kansas 67208

2.      Plaintiff JALEN DAVIS is a resident of Kansas with the address of 901 N. Belmont, Wichita Kansas 67208

3.       Defendant U.S DEPARTMENT OF JUSTICE is a federal agency formed under federal law with its principle office at 950 Pennsylvania NW, Washington, DC 20530.

2 -10

4.      Defendant MERRICK B. GARLAND is the U.S. Attorney General and is sued in his official and individual capacities with his principle office at 950 Pennsylvania NW, Washington, DC.

5.      Defendant U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES is a federal agency formed under federal law with its principle office at 200 Independence Ave., S.W. Washington, D.C. 20201

6.      Defendant XAVIER BECERRA is the U.S. Secretary of HHS and is sued in his official and individual capacities with his principle office at 200 Independence Ave., S.W. Washington, D.C. 20201.

7.      Defendant DUSTIN SLINKARD is the Kansas U.S. Attorney and is sued in his official and individual capacities with his principle office at 500 State Avenue, suite 360; Kansas City, Kansas 66101

8.      Defendant ERIC MELGREN is a former Kansas U.S. Attorney years 2002-2008. He was a partner at the law firm Foulston Siefkin and a United Way of the Plains board member 2002-2003. He is being sued in his official and individual capacity; his principle office at United States District Court, 401 N. Market, Wichita, Kansas 67202

9.      Defendant KRIS KOBACH is the Kansas Attorney General. He is also a former Counsel to former U.S. Attorney General John Ashcroft during bioterrorism preparedness. He is being sued in his official and individual capacity; his principle address at 120 SW 10th Ave, 2nd Floor, Topeka, Kansas 66612-2215

10.     Defendant KANSAS HOMELAND SECURITY is a state agency formed under state law with its principle office at 2800 SW Topeka Blvd., Topeka, Kansas 66611

11.     Defendant DAVID WEISHAAR is Kansas Homeland Security Director and Kansas Adjunct General he is sued in his official and individual capacity with his principle office at 2800 SW Topeka Blvd., Topeka Kansas 66611

12.     Defendant KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT is a state agency formed under state law with its principle office at 1000 SW Jackson Street, Topeka, Kansas 66612

13.     Defendant JANET STANEK is Secretary of KDHE and she is sued in her official and individual capacity with her principle office at 1000 SW Jackson Street, Topeka, Kansas 66612

14.     Defendant JAMES MICHAEL MOSER m.d. (pediatrics) 2002-2003 State of Kansas lead physician of public health, Executive Director of Kansas Health Preparedness and Response to Bioterrorism program/ Chairman of Kansas Bioterrorism Coordinating Counsel sued in his official and individual capacity with his principle address KDHE Division of health 1000 SW Jackson, # 300, Topeka, Kansas 66612

15.     Defendant KANSAS INSURANCE DEPARTMENT is a state agency formed under state law with its principle office at 1300 SW Arrowhead Rd.,Topeka, Kansas 66604

16.     Defendant VICKI SCHMIDT is Kansas Insurance Commissioner and she is sued in her official and individual capacity with her principle office at 1300 SW Arrowhead Rd., Topeka, Kansas 66604

17.     Defendant KANSAS HEALTH CARE STABILIZATION FUND is a Public health department in Topeka, Kansas with its principle office at 300 SW 8th AVE, 2ND Floor, Topeka, Kansas 66603

18.     Defendant CLARK SHULTZ is Executive Director of the Kansas Health Care Stabilization Fund being sued in official and individual capacity with the principle office at 300 SW 8th Avenue, 2nd Floor, Topeka Kansas 66603

19.     Defendant SEDGWICK COUNTY COMMISSIONERS is the Governing Body of Sedgwick County and Board of Health being sued in their official and individual capacity with its principle office at 100 N. Broadway Street, Suit 660, Wichita, Kansas 67202

20.     Defendant MARC BENNETT is Sedgwick County District Attorney being sued in his official and individual capacity with the principle office at 535 N. Main St., Wichita, Kansas 67203

21.     Defendant CITY OF WICHITA CITY COUNCIL is local city  government in Wichita, Kansas with DR. BRANDON WHIPPLE as Mayor being sued in their official and individual capacities with the principle office at City Hall, 455 N. Main, Wichita, Kansas 67202

22.     Defendant CENTRAL PLAINS HEALTH CARE PARTNERSHIP an affiliate of MEDICAL SOCIETY OF SEDGWICK COUNTY are non-profit organizations with indigent programs serving indigent individuals, supporting health education programs, and research studies. Its members being sued in official and individual capacity. Both organizations has the principle office at 1102 N. Hillside, Wichita, Kansas 67211

23.     Defendant WESLEY MEDICAL CENTER is a public hospital housing indigent programs and KU School of Medicine teaching Programs with the Resident Agent: C T Corporation System, 112 SW 7th Street, Suit 3C, Topeka, Kansas 66603

24.     Defendant THE CHILDREN'S MERCY HOSPITAL is a public hospital in Kansas City, Missouri, that does business in the State of Kansas with the Resident Agent: Registered Agent Kansas, LTD, 7300 West 110th Street, Suit 150, Overland Park, Kansas 66210

25.     Defendant WICHITA CLINIC P.A.(Name changes: Via Christi Clinic, P.A., NOW: ASCENSION MEDICAL GROUP VIA CHRISTI, P.A.) the largest multi-specialty physician practice clinic group in Kansas with the Resident Agent: Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, Kansas 66614

26.     Defendants KANSAS UNIVERSITY SCHOOL OF MEDICINE-WICHITA a government agency and its non-profit corporation WICHITA CENTER FOR GRADUATE

MEDICAL EDUCATION, INC  both with the principle business address 1010 N. Kansas, Wichita, Kansas 67214

27.    Defendant GAROLD O. MINNS is the current Dean of KU School of Medicine- Wichita he is sued in his official and individual capacity with the principle address 1010 N. Kansas, Wichita, Kansas 67214

28.    Defendant STEWART E. DISMUKE m.d. 2002-2003 Dean-KU School Of Medicine-Wichita, Board of Directors for Wichita Center for Graduate Medical Education, Board of Directors for United way of the Plains. He is sued in his official and individual capacity with the principle address 1010 N. Kansas, Wichita, Kansas 67214

29.    Defendant ROBERT KENAGY m.d. (pediatrics) served as Wichita Clinic P.A. Medical Director and Stock Holder; at the same time while serving on the board of directors for Central Plains Health Care Partnership. He is sued in his official and individual capacity. He serves  on the Kansas Hospital Association Board of Directors representing Stormont Vail Health with the principle address 1500 Southwest Tenth Avenue, Topeka, Kansas 66604

30.    Defendant CLYDE WILSON WESBROOK m.d. (OB/GYN) a Wichita Clinic P.A. Stock Holder had a contract with plaintiffs for medical services starting August of year 2002.  He is sued in his official and individual capacity with the principle address 702 E. 9th Street, Winfield, Kansas 67156

31.    Defendant DEE SPADE d.o. ( pediatrics) a Wichita Clinic P.A. Stockholder with hospital privileges at Kansas City, Mo. Children's Mercy Hospital. She had a contract with plaintiffs for medical services starting January 23, 2003, She is sued in her official and individual capacity with the principle address 4723 E. Douglas Ave. Wichita. Kansas 67218

32.    Defendant VIRGIL F. BURRY m.d. (Infectious Disease) Executive Medical Director/Vice president of Children's Mercy Hospital years 2007-2008. He is sued in his official and individual capacity with the principle address Children's Mercy Hospital, 2401 Gillham Rd., Kansas City, Mo. 64108

33.    Defendant HEWITT GOODPASTURE m.d. (Infectious disease) 2002-2003 President of Medical Society of Sedgwick County during terrorism. He is sued in his official and individual capacity with the principle address 9213 E. Wilson Estates, Wichita, Kansas 67206

34.    Defendant DAVID GRAINGER m.d.( reproductive endocrinology) 2002-2003 served on board of directors for Central Plains Health Care Partnership with Robert Kenegy m.d., at the same time as serving as Associate Vice Chairman for KU School of Medicine OB/GYN Residency Program. He is being sued in his official and individual capacity with the principle address 9300 E. 29th Street North, suit 102, Wichita, Kansas 67226

35.    Defendant TRAVIS STEMBRIDGE m.d. (OB/GYN) 2003- KU School of Medicine Ob/GYN Program Director, Kansas Health Care Stabilization Fund Board of Governers, Medical Society of Sedgwick County Board of Directors, being sued in his official and individual

5  10

capacity with the principle address 9401 Indian creek Prkwy Suite 13, Overland Park, Kansas 66210

36.     Defendant GERARD BASSELL m.d. (anesthesiology) 2003 KU School of Medicine Anesthesia Program Director he is being sued in his official and individual capacity with the principle address: 213 N. Stephanie street , Suite G, #348, Henderson Nevada 89074

37.     Defendant ANNA F. STORK-FURY 2003 Medical Student at KU School of Medicine-Wichita  Ob/GYN Program is being sued in her official and individual capacity with the principle address 3233 E. 2nd Street, Wichita, Kansas 67208

38.     Defendant BRENDA KALLEMEYN- 2003 Medical Student at KU School  of Medicine-Wichita Ob/ GYN Program is being sued in her official and individual capacity with the principle address McGreevy Clinic, 1200 S. 7th Ave, Sioux Falls, SD 57104

39.     Defendant TOM YAO- 2003 Medical Student at KU School Of Medicine- Wichita Anesthesia Program is being sued in his official and individual capacity with the principle address 17130 Van Buren Blvd # 311, Riverside, CA 92504-5905

40.     Defendant GIANFRANCO PEZZINO m.d. 2002-2003 State of Kansas Epidemiologist is being sued in his official and individual capacity with the principle address 2115 SW 10TH Ave, Topeka, Kansas 66604

41.     Defendant FOULSTON SIEFKIN LAW FIRM attorneys conducts business with most of the listed defendants, and is being sued in their official and individual capacity with the principle address Commerce Bank Center 1551 N. Waterfront, Wichita, Kansas, Suite 100, Wichita, Kansas 67206

42.     Defendant Klenda Mitchell Austerman Zuercher Law Firm ( Now: Klenda Austerman) attorneys conducts business with some of the listed defendants and is being sued in their official and individual capacity with the principle address 301 N. Main, Suite 1600, Wichita, Kansas 67202

## JURISDICTION AND VENUE

43.     This case is brought pursuant to  42 U.S.C 1983 and  42 U.S.C 1985 seeking injunctive and declaratory relief together with money damages against defendants for past and ongoing violations of Fourth, Fifth, and Fourteen Amendments of the United States Constitution

44.     This Court has jurisdiction over the subject matter and parties pursuant to 28 U.S.C 1331, as this case involves federal questions:  28 U.S.C. 1343, which authorizes federal courts to hear civil rights cases.

45.     Venue is proper for this Court as most of the Defendants live or has conducted business in and or committed constitutional violations in the district of Kansas.

## STATEMENT OF FACTS



46.     After 9/11 the Bush administration took steps to protect the nation from terrorism and the State of Kansas received federal funding to create Bioterrorism Hospital Preparedness and Coordinating Council.

47.     Donald F. Hag en, University of Kansas Medical Center spoke on "Planning For Response To T errorism during September 1, 2002. Hagen, D.F. (2002). Planning for Response to Bioterrorism. *Merrill Series on The Research Mission of Public Universities*, 75-77. https://doi.org/10.17161/merrill.2002.8063

48.     On June 12, 2022 The Honorable President George Bush signed  H.R.3448-Public Health Security and Bioterrorism Preparedness and Response Act of 2002, and it became **Public Law No: 107-188**.

49.     Tennessee Senator William Frist stated to the President (Honorable George Bush) at the senate congressional hearing on Public Health Security and Bioterrorism Preparedness and Response Act of 2001; Congressional record Vol. 147, No. 178 (Senate- December 20, 2001). " **Since the effectiveness of vaccines, drugs, and therapeutics for many biological agents and toxins often** may not **ethically be tested in humans, this crucial legislation ensures that the FDA will finalize by a date certain its rule regarding the approval of new priority countermeasures on the basis of animal data."**

50.     Public Law 107-188- June 12, 2002 Subtitle D outlines Criminal Penalties Regarding certain Biological Agents and Toxins

51.     On July 17, 2002 Sedg. County Commissioners made an agreement with KU School of Medicine to provide infectious disease control consultative program.

52.     On July 31, 2002 Sedgwick County Commissioners approved a contract with KDHE providing implementation of bioterrorism planning and preparedness.

53.     Dr. Doren Fredrickson served as Sedgwick County Health Officer from 2002-2008 until his death. He "used both epidemiology and pediatric skills for primary care research, health services research, and **maternal and child public health research**." See *Doren Fredrickson Commitment to public health award nomination form* on Sedgwick County website.

54.     On August 20, 2002 at U.S.Congress public official discussed "How effectively is the federal government assisting state and local governments in preparing for a biological, chemical or nuclear attack? Kansas Senator Pat Roberts has promoted research in this area and the USDA recently provided a $ 3 million grant for the establishment of a National agriculture Biosecurity center at Kansas State University. Researchers from Texas A & M university and Purdue University will combine efforts…."

55.     Consumer Carla Davis had private pay health insurance with Blue Cross Blue Shield of Maryland then later Blue Cross Blue Shield of Kansas.

56.     On August 20, 2002 Carla Davis was pregnant with her in utero child Jalen Davis and made a health services contract with Wichita Clinic P.A. for OG/GYN care with Clyde Wilson Wesbrook M.D., because she had a trust him as he had delivered a previous child of Carla Davis.



57.     On October 18, 2002 Carla Davis made health care choices for herself that did not get fulfilled, and there has been ongoing violations of the rights of herself and her the in utero child, now an adult by the name of Jalen Davis.

## CLAIM FOR RELIEF

### First Claim

### Bodily intrusion without Due Process in violation of the Fourth, Fifth, and 14th Amendments

58.     The plaintiffs incorporates herein the factual allegations set for the in the prior paragraphs.

59.     The Fourth Amendment of the U.S. Constitution  affords individuals the right  to be secure in their persons, …papers, and effects against unreasonable searches.

60.     On October 18, 2022, the pregnant Carla Davis told her contracted health care providers Wichita Clinic P.A. and stock holder Clyde Wilson Wesbrook, " Wants to deliver at St Joe." Meaning St Joseph Hospital in Wichita Kansas.

61.     Without my knowledge and consent on December 10, 2002, Wichita Clinic allocated my health care services to "Deliver at Wesley medical Center" I was forced to go to Wesley Medical Center under the disguise of a scheduled induction of labor scheduled for  January 23, 2003.

62.     When I arrived at Wesley medical Center I did not know that I was placed in the hands of indigent and research training programs.

63.     On January 23, 2003, my in-utero child and I was incapacitated with toxic does of the drug Fentanyl.

64.     I was raped when Anna Stork-Furry after I was incapacitated, penetrated my vagina without a necessary medical reason. Her hands were pre-gloved when she came into the room, and her hand were cupped holding something in it. I was unable to question what was in her hand due to the incapacitation. Later was treated for infectious diseases of my entire body.

65.      Tom Yao, stabbed me deeply in my lower back with a needle, causing severe pain.

66.     My medical billing shows that my in-utero child and  I was administered toxic doses of antibiotics, when I did not have an infection. I was administed toxic doses of Bupivicaine and other drugs without a medically necessary reason.

67.     I suffered serious injuries as a result of the bodily intrusions.

68.      On February 4, 2004 at Wesley Medical Center an unknown device was placed in my chest blood vessels with my knowledge and consent.

67. The public officials refused to give my child  Jalen Davis and I results od Diagnostic test and our medical records are in an ongoing Confidential status, with the ability too use our health information for any reason.

8 — 10

68.     We are being denied effective medical treatment, the inability to use our medical records for evidence in making auto accident injury claims and making social security benefits.

69. The public officials and their cooperators are keeping concealed the unlawful bodily intrusions and the serious injuries resulting from it.

70.     The public officials stole the blood of Jalen Davis at Children's mercy Hospital during August 2008, and prevent Jalen Davis from receiving medical treatment and attempted abduction of the child by a U,S. Military Social Worker- Michael Dustin ( Korea)

71.     The mother Carla Davis was falsely accused of child abuse , was investigated and found innocent. The public officials need to be investigated also, because Carla Davis did not harm here child.

72.     The Defendants violated the Constitution and the violations are ongoing due to the fact that medical records are in a CONFIDENTIAL status, denying plaintiffs access and use for life as a human being.

73.     The Defendant's actions were willful and Defendants showed a reckless disregard for the sanctity of the life of Carla Davis and her in-utero human child.

74. Due process of the Fifth and Fourteenth Amendment guarantees plaintiffs a full blown fair hearing of this matter, and the right to access of their personal health information, and the right to use their health information to make insurance claims and be approved for social security benefits.


## PRAYER FOR RELIEF

WHEREFORE, the plaintiffs pray that the Court enter judgement against DEFENDANTS and, further grant the following relief:

A.  Declare the Defendant's violations of  the U.S. Constitution were willful.

B.  Award Plaintiffs damages suffered by reason of Defendant's  willful violations.

C.  Award Plaintiffs complete access of their medical records, and all the agents that were intruded in their bodies.

D.  Grant such other and further relief as may be just and proper together with the costs of this law suit.


## JURY DEMAND

The plaintiffs hereby demands a jury trial under federal Rule of Civil Procedure.

Date: January 23, 2023       I want trial to be in Sedg, Co :, Wichita, KS

9 - 10

Respectfully submitted,

Carla Davis and Jalen Davis

901 N. Belmont, Wichita, Kansas, 67208

316-691-8803 telephone

Email: cardav01292021@ yahoo.com

Attachment (14) psqes of exhibits

10-10