```
ACCT#: ▮▮▮▮▮  [barcode]   SEX: M
DAVIS, JALEN▮▮▮▮   DOB: ▮▮▮▮
MR#: ▮▮▮▮▮   LAB ORDER PLACED: ____
DATE: ____   TIME: ____   INITIALS: ____
```

**Denied Disclosure**

8071-176 MR 04/03



**Children's Mercy**
HOSPITALS & CLINICS
www.childrens-mercy.org

You recently requested information from The Children's Mercy Hospital.

☐ 1. The request was denied ☐ in part or ☐ in whole by the Medical Records Department, and is not appropriate for review to reconsider access to information, due to the following reason(s):

  ☐ a. The information you requested is not a part of the legal medical record and is not available for disclosure.

  ☐ b. The information you requested was compiled in reasonable anticipation for use in civil, criminal, or administrative action proceedings and is not appropriate for disclosure.

  ☐ c. The patient is an inmate, and access to the information would jeopardize the health, safety, security, custody, or rehabilitation of the individual or other inmates, or the safety of an officer, employee, or other person at the correctional institution responsible for transporting the inmate.

  ☐ d. An agreement was documented to temporarily deny access to the information while the patient is part of a research project that includes treatment for as long as the research is in progress.

  ☐ e. The patient's information is protected by the federal Privacy Act regarding drug and alcohol, psychiatric, and HIV records, or is protected by state laws regarding access to information for minors.

  ☐ f. The protected health information was obtained under a promise of confidentiality from someone other than a healthcare provider, and access to the requested information would likely reveal the source of information.

☒ 2. The request was denied ☐ in part or ☒ in whole by a licensed healthcare professional, but may be appropriate for review to reconsider access to information, due to the following reason(s):

  ☐ a. Access to the information requested is likely to endanger the life or physical safety of the patient or another person.

  ☐ b. Access to the information may cause substantial harm to a person identified in the record unless the person identified is a healthcare provider.

  ☒ c. The request is made by the patient or patient's personal representative, and access to the information is likely to cause substantial harm to the individual or another person.

Type of information withheld includes (e.g. demographics, progress notes, social work notes): **ALL INFO. IN MEDICAL RECORD.**

Date: __/__/__  __/__/__  __/__/__

The individual or legal representative to whom access was denied: **CARLA & DARRELL DAVIS**   Relationship: **PARENTS**

Requests to reconsider access to information withheld by a licensed healthcare professional must be submitted in writing to:

Medical Records Director — **Jill Harrelson**
The Children's Mercy Hospital
2401 Gillham Road
Kansas City, MO 64108

The designated reviewer will provide written notice of final determination to the requestor.

Signature of Healthcare Professional: _Kristi W____ MD_   Title: **Physician**   Date: **8/14/08**

8071-176 MR 04/03  Denied Disclosure

1-14



DAVIS, JALEN         02/14/08   1658
MR#:                             FPC
PCP: MOURNING, KATHLEEN, MD   5Y 0M   SEX:M
                              MCDKFHP



**General Pediatrics**
**Patient Instructions**

7121-011 MR 02/07

**Pediatric Care Center (PCC)**
2nd Floor Research Building/Outpatient Center
2401 Gillham Road
Kansas City, Missouri  64108
(816) 234-3080

Your child was seen today by _____

The following instructions are being given to help you care for your child.
**If you have questions, or your child's condition worsens, call the Nurse Information Line at (816) 234-3188.**

**Diagnosis:** _____

☐ **Special Instructions**

*If medication is prescribed, give exactly as directed.

Infectious Disease Clinic/
Diagnostic Clinic: 983-6325

☐ Your child may return to daycare/school on ____/____/____.
☐ X-rays will be reviewed by a radiologist. An official report will be ready in approximately 24-48 hours.
**FOLLOW-UP:**
☐ Your child needs to have lab tests done today. Go to: _____
    Laboratory results will be ready in 48 hours or _____ days.
☐ Stop at the front desk (or call back) to schedule your next appointment.
    Return to PCC in _____ to see _____
    Reason: ☐ Well Child Care  ☐ Follow-Up  ☐ Other _____
☐ Call _____ Clinic at (____) ____-_____ to schedule an appointment.
    Reason: _____
☐ Call _____ Clinic to schedule an appointment for _____
    Reason: _____

| Allergy Clinic      | 234-1600 | ENT Clinic        | 234-3040 | Neurology                     | 234-3490 | Pulmonary Clinic | 234-3066 |
| Cardiology Clinic   | 234-3880 | Eye Clinic        | 234-3046 | Nutrition                     | 234-3468 | Renal Clinic     | 234-3030 |
| Dental Clinic       | 234-3257 | GI Clinic         | 234-3066 | Orthopedic Clinic             | 234-3075 | Surgery Clinic   | 234-3020 |
| Dermatology Clinic  | 234-3020 | Hearing & Speech  | 234-3677 | Physical/Occupational Therapy | 234-3380 | Teen Clinic      | 234-3050 |

Provider Signature: _____    Date: 2/14/08   Time: _____ hours
7121-011 MR 02/07   General Pediatrics Instructions
                                                        Original – Medical Record
                                                        Copy – Patient, Parent, or Legal Guardian

2-14

# WESLEY MEDICAL CENTER
550 N. Hillside / Wichita, KS 67214 4976

LAST OUTPATIENT VISIT DATE:
LAST INPATIENT VISIT DATE:

ACCOUNT #: ▓▓▓▓
ROOM/BED : 2201-A
TYPE : INPATIENT
ADMIT SOURCE :
LOCATION/SERVICE: 2WH   NB
ROOM PREFERENCE : B
ADMIT DATE/TIME : 01/23/03   1921
FINANCIAL CLASS : BLUE CROSS
PRIORITY : NEWBORN
MEDICAL RECORD #: ▓▓▓▓

**PATIENT**
NAME : DAVIS, BOY
STREET : ▓▓▓▓
STREET :
CITY/STATE/ZIP: WICHITA, KS ▓▓▓▓   USA
HOME PHONE :

**PATIENT**
DATE OF BIRTH : 01/23/03     AGE : 00M
SEX : M                       RACE : B
SOCIAL SECURITY #: 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   CONFIDENTIAL:
MARITAL STATUS : SINGLE       X-RAY # :
RELIGION :

**PATIENT EMPLOYER**
NAME : MINOR/CHILD
STREET : NA
CITY/STATE/ZIP: NA, XX 99999
PHONE : 999-999-9999   OCCUPATION :

**PERSON TO NOTIFY**   RELATIONSHIP: FATHER
NAME : ▓▓▓▓
STREET : ▓▓▓▓
CITY/STATE/ZIP: WICHITA, KS ▓▓▓▓   USA
PHONE : ▓▓▓▓   WORK PHONE : ▓▓▓▓

**GUARANTOR**   RELATIONSHIP: MOTHER
NAME : ▓▓▓▓
STREET : ▓▓▓▓
CITY/STATE/ZIP: WICHITA, KS ▓▓▓▓   USA
PHONE :   SOCIAL SECURITY #: ▓▓▓▓

**NEXT OF KIN**   RELATIONSHIP: MOTHER
NAME : DAVIS, CARLA ▓▓▓▓
STREET : ▓▓▓▓
CITY/STATE/ZIP: WICHITA, KS ▓▓▓▓   USA
PHONE :   WORK PHONE : 999-999-9999

**GUARANTOR EMPLOYER**
NAME : ▓▓▓▓ R
STREET : NA
CITY/STATE/ZIP: NA, XX 99999
PHONE : 999-999-9999   OCCUPATION :

**OCCURRENCE INFORMATION**
ACCIDENT DATE/TIME:
JOB RELATED :
DATE OF ONSET : 01/23/03

**INSURANCE**           POLICY NUMBER   GROUP NUMBER   AUTHORIZATION   SUBSCRIBER
BLUE CROSS MARYLAND     ▓▓▓▓            ▓▓▓▓

**ADMIT PHYSICIAN** Spade, Dee A  DO        SPADDEA
REASON FOR VISIT:
COMMENT : NEWBORN

**ATTEND PHYSICIAN** Spade, Dee A  DO        SPADDEA
**REFER PHYSICIAN**
LATEX SENSITIVITY:                     USER: WADM.SLF

ADMITTING DIAGNOSIS: *term singleton male          vag del.*

PRINCIPAL DIAGNOSIS (REASON FOR ADMISSION AFTER STUDY): *term singleton male   vag del.*

OTHER DIAGNOSIS (COMPLICATIONS AND/OR COMORBIDITIES):

                    ...NTIAL
                    ...RELEASE                    *Weapons of Mass Destruction*

PRINCIPAL PROCEDURE (USUALLY THE ONE MOST RELATED TO PRINCIPAL Dx):
*circumcision*

OTHER PROCEDURES:

CCI:

ACCT #: ▓▓▓▓
UNIT #: ▓▓▓▓

CONSULTANTS:

DISCHARGE DATE: *1/25/03*    PATIENT DAYS: *2*    DRG: *391*

ATTENDING PHYSICIAN SIGNATURE: *(Spade)*    DATE SIGNED: *1/25/03*

ADT DT: 012303
DAVIS, BOY

INPATIENT RECORD    WNDR.JLW3   WITTEN, JANICE L   01/23/03   2115

MR101 (R2/98)

3-14



# WESLEY MEDICAL CENTER
550 N. Hillside / Wichita, KS 67214-4976

LAST OUTPATIENT VISIT DATE: 11/27/05  ER
LAST INPATIENT VISIT DATE: 01/23/03

ACCOUNT #: ▓▓▓
ROOM/BED :
TYPE :
ADMIT SOURCE : EMERGENCY ROOM
LOCATION/SERVICE: EDS
ROOM PREFERENCE :
12/10/05  0700
ADMIT DATE/TIME : 12/10/05  0700
FINANCIAL CLASS : BLUE CROSS
PRIORITY : EMERGENCY
MEDICAL RECORD #: ▓▓▓

**PATIENT**
NAME : DAVIS, CARLA ▓▓▓
STREET :
STREET :
CITY/STATE/ZIP: WICHITA, KS ▓▓▓   USA
HOME PHONE :

**PATIENT**
DATE OF BIRTH :
SEX : F
MARITAL STATUS :
RELIGION :
AGE :
RACE : B
CONFIDENTIAL:
X-RAY #:

**PATIENT EMPLOYER**
NAME :
STREET :
CITY/STATE/ZIP: WICHITA, KS
PHONE :   OCCUPATION :

**PERSON TO NOTIFY**   RELATIONSHIP: PATIENT
NAME : PT, STS NONE
STREET :
CITY/STATE/ZIP: , KS 99999   USA
PHONE :   WORK PHONE :

**GUARANTOR**   RELATIONSHIP: PATIENT
NAME : DAVIS, CARLA
STREET :
CITY/STATE/ZIP: WICHITA, KS   USA
PHONE :

**NEXT OF KIN**   RELATIONSHIP:
NAME :
STREET :
CITY/STATE/ZIP: WICHITA, KS   USA
PHONE :   WORK PHONE :

**GUARANTOR EMPLOYER**
NAME :
STREET :
CITY/STATE/ZIP:
PHONE :   OCCUPATION :

**OCCURRENCE INFORMATION**
RESERV TAKEN DATE :
ACCIDENT DATE/TIME:
JOB RELATED :
DATE OF ONSET : 12/09/05

**INSURANCE**   **POLICY NUMBER**   **GROUP NUMBER**   **AUTHORIZATION**   **SUBSCRIBER**
BLUE CROSS CHOICE CARE   DAVIS, CARLA

**ED PHYSICIAN**  Staats, Rodney M  MD   ESPASTAAT
REASON FOR VISIT: COUGHING UP BLOOD/CHEST PAIN/DIZZY
COMMENT :

**FAMILY PHYSICIAN** Klingman, Diane D  MD   KLINDID
ANIMAL BITE?:   ARRIVAL MODE: WALK IN   USER: WADM.KLV

*CONFIDENTIAL NOT FOR RE-RELEASE*

[Handwritten: "Weapon of Mass Destruction"]

CCI:

| CODING | ANALYSIS | CANCER REGIS. |
|---|---|---|

ACCT #:
UNIT #:
ADM DT: 121005

DAVIS, CARLA

MR102(R2/98)   **EMERGENCY DEPT RECORD**   WADM.KLV  VSETECKA, KENDRA  12/10/05  0802

4-14

02/10/2005 14:13 FAX 6160974          DR FRANCISCO                    → VMED EFAX          ☒009/012
To: Dan A. Francisco, M.D.   From: Wesley Medical Center   Page 1 of 1          Friday, February 04, 2005 1:55:56 PM

## WESLEY Medical Center
550 N. Hillside / Wichita, KS 67214-4976
(316) 688-2000
http://www.wesleymc.com

## INVASIVE CARDIOVASCULAR REPORT

Page: 1

**NAME:** Davis, Carla ▇▇▇

**ADMISSION DATE:** 02/04/2005
**DOP:** 02/04/2005

**INDICATIONS:**
1. Chest pain.
2. Abnormal noninvasive testing.

**PROCEDURES:**
1. Left heart catheterization.
2. Left ventriculogram.
3. Coronary arteriogram.
4. An intravascular device was placed.

*[Handwritten annotations: "NO Consent", "* Unknown Device Placed", "Weapon of Mass Destruction"]*

**DESCRIPTION OF PROCEDURE:**
The patient was brought to the catheterization laboratory where the right groin was prepped and draped in the usual manner. The right femoral artery was percutaneously entered and a pigtail catheter was inserted percutaneously and used to perform the left ventriculogram without problems. At this point, the catheter was exchanged for a 6-French left Judkins catheter whereupon views of the left coronary artery were obtained via power-injected contrast in the left anterior oblique and right anterior oblique positions without problems. Ultimately a right Judkins catheter was used to catheterize the right coronary artery and similar views were obtained of this vessel. All catheters were then removed and hemostasis was assured. The patient was returned to the ward in good condition.

**HEMODYNAMIC DATA:**
The left ventricular pressure is 123 with no aortic valve gradient. The aorta pressure is 125/64.

**LEFT VENTRICULOGRAM:**
The left ventricular systolic function was normal. There was ventricular ectopy during the contraction-injection. However, the left ventricular ejection fraction is estimated to be greater than 60%.

**CORONARIES:**
The coronaries were large calibered, right dominant, and normal. There was no calcification of luminal plaquing. There were no flow-restricting lesions.

**IMPRESSION:**
1. Normal coronary arteries.
2. Normal left ventricular systolic function.

**COMMENTS:**
I will check the right groin in 5-7 days. We will review her previous testing and determine whether we need to do a VQ lung scan, gastrointestinal evaluation, etc. She also complains of some right calf discomfort that I doubt is significant and further doubt that it could represent renal occlusion disease although it was considered.

Dan A. Francisco, M.D.
DAF/bjs/D: 02/04/2005
962170/001657064
cc:   Dan A. Francisco, M.D.

Pt. Name: Davis, Carla ▇▇▇         BD: ▇▇▇                       MR#: ▇▇▇
Adm. Date: 02/04/2005              Pt. Type: S                    RM#:
Bill #: ▇▇▇         INVASIVE CARDIOVASCULAR REPORT          Wesley Medical Center
                                   Send To:  Dan A. Francisco, M.D.  DRAFT COPY
                                                              FEB 1 0 2005
                                                              SS

*[Handwritten: "2✗6", "5-14"]*

| State of Kansas<br>Department of Social & Rehabilitation Services<br>Children and Family Services | NOTICE OF DEPARTMENT FINDINGS<br>Family Reports | CFS 2012<br>July 2004<br>Page 1 of 2 |
|---|---|---|

Date of Mailing: 9 / 18 / 08       SRS Office:  WICHITA SERVICE CENTER

| TO: | | FROM: | Kena Battle, LBSW | |
| --- | --- | --- | --- | --- |
| | | TELEPHONE #: | 316 337 6392 | |
| ADDRESS:<br>Street/P.O. Box | Carla and ▮▮▮▮▮<br>▮▮▮▮▮<br>Wichita, KS ▮▮▮ | ADDRESS:<br>Street/P.O. Box | 230 E William | |
| City | State KS | City | Wichita | State KANSAS |
| ZIP | | ZIP | 67201 | |

The Kansas Department of Social And Rehabilitation Services has completed its investigation and have made the following decisions:

| Child's name | Allegation | Finding | Alleged perpetrator or Substantiated Perpetrator |
|---|---|---|---|
| Jalen Davis | Physical neglect | Unsubstantiated | Carla Davis |
| | | | |

*Substantiated Perpetrators have the opportunity to appeal agency findings. See reverse side.

| Services Recommended | X NO | YES Recommended services listed: | |
|---|---|---|---|
| | | | |

Basis of Decision: The allegation does not, by clear and convincing evidence, meet the definition of physical neglect as defined by the KSAR 30-46-10. "Neglect means any act or omission resulting in harm to a child or presenting a likelihood of harm if the act or omission is not due solely to the lack of financial means of a child's parent or other custodian. This term may include the following: Failure to provide the child with food, clothing, or shelter necessary to sustain the life or health of the child."

CFS 2010

Distribution:   An ☐ in the box indicates persons receiving a copy of this notice.         ☒ File

| x | Parents/Care giver of child | X | Alleged Perpetrator | ☐ | Child |
| --- | --- | --- | --- | --- | --- |
| ☐ | Contractor providing services | ☐ | Director of Facility | ☐ | Child Placing Agency of foster home |

**KANSAS**
DEPARTMENT OF SOCIAL
AND REHABILITATION SERVICES

Michael "Mick" Dustin, MSW
*Special Investigator*
Children and Family Services

K.C. Metro Region; Kansas City Service Center
400 State Ave., P.O. Box 171248; Kansas City, KS 66117-0248
(913) 279-7687 • Fax: (913) 279-7460
Michael.Dustin@srs.ks.gov

*[Handwritten annotations: "X False Child Abuse Against Mother" and "6-14"]*

620-5361
279-7336 Matt
~~279-73~~

316-648-3827
316-337-6392

Denise Fleming

~~Kim~~ Lipond
816-458-4545

> Left to
> Dr. Morning —
> Mom not willing to
> do that —
>
> ~~If you keep kid for me/her~~
> ~~use our petition~~
>
> Req PPC    — Call dispatch
>           316-337-6___
> K          — Benn Battle

\* This Notes was dropped by Michael E. Destin at Children's Mercy Hospital During August 2008

\* Attempted Abduction of Child through a False Court Petition Request.

pg-14

DEC-10 ● ● 11:58 ● ● WICHITA CLINIC OB● ● ● 316 689 972● P.04

① Pat up 13 wks of SD cons
② Deliver WMC Hosp.

## WICHITA CLINIC, P.A.

Insurance: BC/BS
PreCert #: None Required
PCP:

Name: Davis, Carla
Hosp.: Wesley
Office No.: 498-649-3

G3 P2 S0
LMP: 4-?-02 (?)
EDC: 1-12-03
SONO DATES: 4-9-03

### SUBSEQUENT PRENATAL VISITS

| Date | Headache | Dizziness | Edema | Nausea & Vomiting | Bleeding | Blood Pressure | Weight | Ht. of Fundus | Position & Presentation | Fetal Heart | Albumin | Sugar | Ketones | Weeks | Hgb./Hct. | Fetal Movement | Rx and Remarks | Return Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/02 | 0 | 0 | 0 | + | 0 | 112/68 | 246 | 21 | | 150 | | | | 19 | 123 | ⊕ | Menses monthly | |
| 9/17/02 | 0 | 0 | 0 | + | 0 | 100/62 | 251 | 28 | | 150 N N | | | | 28 | | ⊕ | Sono - OK | |
| 10-17-02 | 0 | 0 | 0 | + | 0 | 118/82 | 250 | 32 | | 147 N N | | | | | | | 11/4 works part time Home care | |
| 11/5/02 | 0 | 0 | V | + | 0 | 110/68 | 250 | 34 | | 159 N N | | | | 30 | | | Cx: Foreg Screen - 2wks | |
| 11/15/02 | 0 | 0 | 0 | + | 0 | 112/60 | 253 | 36 | | 140 N N | | | | 32 | | | Cx long closed | |
| 12/3/02 | 0 | 0 | 0 | + | 0 | 114/64 | 255 | 36 | | 154 N N | | | | 34 | | + | Cont. weekly visits | |
| 12/10/02 | 0 | 0 | 0 | + | 0 | 12/66 | 256 | 37 | | 146 | | | | 36 | | + | Deliver at WMC Hosp | |

② Unlawful Consumer Publication
③ Violation of Rights

| Date | Progress Notes & Consultation | Date | Progress Notes & Consultation |
|---|---|---|---|
| 8/30/02 | No probs to date except Rd lig. pain. Sono - N/O anomalies on PN | | |
| | 18 oct / hr BS screen - 124/mg | | |
| | ★ Wants to deliver at Se. ★ | | |
| | Dr Spade - Rcd | | |
| 19 Nov | Foreg Screen collected | | |
| 27 Nov | (+) strip - repeat at 36wks | | |
| | @ Yeast - Rx c Terazol 3d | | |
| 11/26/02 | T.C. to pt. on cult. results. T.C. Dr Harris 651-2703 Terazol 3 vag cream 1 appl H S x 3 cult'd Nurse R | | |
| 12/10 | Discussed BM. (40). Repeat strip cult - 36 wks | | |

Date 8-20-02 Signed _____

G-185 Rev. 1/92       1° RXn       (Original to hospital at approximately 38 weeks.)

8-14

TOTAL P.04




```
GUARANTOR NO:                WESLEY MEDICAL CENTER    BILLING DATE    PAGE  2     00323
PATIENT:                     P O BOX 403101            01/28/03
DAVIS CARLA                  ATLANTA, GA 30384-3101
                             800-783-6941              ADMITTED      DISCHARGED
                                                       01/23/03      01/25/03


DATE OF   BATCH      F          NDC/CPT-4/
SERVICE   REF     DEPT S PROC   HCPCS            QTY SERVICE DESCRIPTION       CHARGES

012303   23B567   0712   013062   338011704      1 LR 1000ML                    175.18
012303   23B463   0712   025678          11      1 DEX70  INJ              UN/  207.05
                                                            SUBTOTAL:          1261.17
    259-DRUGS-OTHER
012303   24B633   0712   006889    78005406      1 METHYLERGON 0.2MG TAB         11.68-
012303   24B622   0712   006889    78005406      1 METHYLERGON 0.2MG TAB         11.68
012303   23B587   0712   009910   63481062375    2 PERCOLET TABLET               33.54
012403   24B622   0712   005104    904518761     1 IBUPROFEN 800MG TABLET        11.21
012403   24B672   0712   005104    904518761     1 IBUPROFEN 800MG TABLET        11.21
012403   24B726   0712   005104    904518761     1 IBUPROFEN 800MG TABLET        11.21
012403   24B758   0712   006489   63739008901    1 DOCUSATE NA 100MG CAP         10.71
012403   24B622   0712   007103    904505960     1 WITCH HAZEL PADS 40'S          6.87
012403   24B622   0712   009910   63481062375    2 PERCOLET TABLET               33.54
012403   24B671   0712   009910   63481062375    2 PERCOLET TABLET               17.94
012403   24B674   0712   009910   63481062375    1 PERCOLET TABLET               16.77
012403   24B700   0712   009910   63481062375    1 PERCOLET TABLET               16.77
012403   24B727   0712   009910   63481062375    2 PERCOLET TABLET               17.94
012403   24B758   0712   009910   63481062375    2 PERCOLET TABLET               17.94
012503   25B775   0712   005104    904518761     1 IBUPROFEN 800MG TABLET        11.21
012503   25B802   0712   005104    904518761     1 IBUPROFEN 800MG TABLET        11.21
012503   25B786   0712   005104    904518761     1 IBUPROFEN 800MG TABLET        11.21-
012503   25B775   0712   005104    904518761     1 IBUPROFEN 800MG TABLET        11.21
012503   25B775   0712   009910   63481062375    2 PERCOLET TABLET               17.94
012503   25B782   0712   009910   63481062375    2 PERCOLET TABLET               17.94
012503   25B804   0712   009910   63481062375    2 PERCOLET TABLET               17.94
                                                            SUBTOTAL:           281.89
    270-MED-SUR SUPPLIES
012303   23B599   0754   000442                  1 OXYGEN IN RR DR.              61.00
012403   24B723   0718   002023                  1 PADS OB LG    PKG/12          10.00
012403   24B723   0718   002172                  1 SANITARY      PANTY LG         8.00
                                                            SUBTOTAL:            79.00
    272-STERILE SUPPLY
012303   23B533   0718   001152                  1 CATH INTRA UTERINE FOU       274.00
012303   23B533   0718   001534                  1 KIT I.V.     START MED        20.00
012303   23B533   0718   002349                  2 TR CATH STR  URETHRAL         50.00
012303   24B723   0718   002349                  1 TR CATH STR  URETHRAL         25.00
012303   24B723   0718   015866                  1 TR CONTINUE  EPIDURAL        133.00
012303   23B533   0718   039758                  1 CATH ACCUV 18X1 1/4           11.00
012303   23B533   0718   039758                  1 CATH ACCUV 18X1 1/4           11.00


THANK YOU FOR CHOOSING US FOR YOUR HEALTHCARE NEEDS.
BENEFITS ASSIGNED - TAX ID# 621762545
```

9-14

```
ATIENT NO:                    WESLEY MEDICAL CENTER    BILLING DATE    PAGE   3    00323
ED REC NO:                    P O BOX 403101           01/28/03
UARANTOR NO:                  ATLANTA, GA 30384-3101
ATIENT:                       800-783-6941             ADMITTED       DISCHARGED
AVIS CARLA                                             01/23/03        01/25/03


ATE OF  BATCH         F         NDC/CPT-4/
ERVICE  REF    DEPT  S  PROC    HCPCS       QTY SERVICE DESCRIPTION        CHARGES

                                                 SUBTOTAL:                 524.00
   301-LAB-CHEMISTRY
12303  23B585  0776     017410   82803       1 BG WITH CALC O2 SAT CO      148.00
12303  23B585  0776     017410   82803       1 BG WITH CALC O2 SAT CO      148.00
                                                 SUBTOTAL:                 296.00
   305-LAB-HEMATOLOGY
12303  23B501  0776     004135   85025       1 CBC PLATELET AUTO DIFF       94.00
                                                 SUBTOTAL:                  94.00
   636-DRUGS-DETAIL CODE
12303  23B510  0712     008130   J3010       1 FENTANYL 2ML INJECTION       73.73
12303  23B510  0712     008130   J3010       1 FENTANYL 2ML INJECTION       73.73
12303  23B535  0712     008130   J3010       1 FENTANYL 2ML INJECTION       73.73
                                                 SUBTOTAL:                 221.19
   720-DELIVEROOM-LABOR
12303  23B599  0708     018636               1 AFTER CARE 2 (0-6 HR)       679.00
                                                 SUBTOTAL:                 679.00
   721-LABOR
12303  23B599  0708     018631               1 BEFORE CARE 2 (7-18 HR     1253.00
                                                 SUBTOTAL:                1253.00
   722-DELIVERY ROOM
12303  23B599  0708     018642               1 VAGINAL DELIVERY           2571.00
                                                 SUBTOTAL:                2571.00

                                         TOTAL ANCILLARY CHARGES          8155.29

                                                 TOTAL CHARGES            9696.29
                                                 PAYMENTS                     .00
                                                 ADJUSTMENTS                  .00
                                                 BALANCE                  9696.29


HANK YOU FOR CHOOSING US FOR YOUR HEALTHCARE NEEDS.
ENEFITS ASSIGNED - TAX ID# 621762545
```

*[Handwritten annotation:] Drug Toxicity of Pregnant Victim*

*[Handwritten:] 10-14*


GUARANTOR NO:
PATIENT:
DAVIS CARLA BROCHEY

WESLEY MEDICAL CENTER
P O BOX 403101
ATLANTA, GA 30384-3101
800-783-6941

BILLING DATE          PAGE   1    00323
 01/28/03

ADMITTED        DISCHARGED
01/23/03         01/25/03

BILL TO:

DAVIS CARLA
WICHITA       KS

INPATIENT                                FC=13
ADMIT THRU DISCHARGE CLAIM

```
DATE OF    ATT                SERV REV
SERVICE    PHYS  FC  ROOM  AC CODE CODE  DEPT   ROOM AND CARE              CHARGES

01/23/03   699   13  32011 S   OB  122   0708   1 DAYS AT    763.00        763.00
01/24/03   699   13  33121 P   OB  110   0660   1 DAYS AT    778.00        778.00

                                                TOTAL ROOM AND CARE      1,541.00

DATE OF    BATCH       F      NDC/CPT-4/
SERVICE    REF    DEPT S PROC HCPCS            QTY SERVICE DESCRIPTION     CHARGES

   250-PHARMACY
012303  24B622  0712   006888    78005303       1 METHYLERGON 0.2MG INJ     68.37
012303  23B510  0712   007192    15740520       1 AMPICILLIN 2GM/NS 100M   113.35
012303  23B535  0712   009545    15740420       1 AMPICILLIN 1GM INJECTI    65.98
012303  23B587  0712   009545    15740420       1 AMPICILLIN 1GM INJECTI    65.98
012303  23B510  0712   011124    74115902       1 BUPIV 0.25% 50ML SYRIN    81.07
012303  23B510  0712   011191    74115902       1 BUPIV 0.125% 50ML SYR     80.77
012303  23B535  0712   011191    74115902       1 BUPIV 0.125% 50ML SYR     80.77
012303  23B587  0712   011191    74115902       1 BUPIV 0.125% 50ML SYR     80.77
012303  23B510  0712   011272    74428202       1 LIDOCAINE 2% 10ML SYRI    64.27
012303  23B567  0712   011272    74428202       1 LIDOCAINE 2% 10ML SYRI    64.27
012303  23B587  0712   011272    74428202       1 LIDOCAINE 2% 10ML SYRI    64.27
012303  23B463  0712   026496   186027613       1 LIDOCAINE 1% 2 ML VIAL    65.17
                                                           SUBTOTAL:       895.04
   258-IV SOLUTIONS
012303  23B591  0712   011041          11       1 D5LR/PIT 20UN 1000 ML    212.54-
012303  23B510  0712   011041          11       1 D5LR/PIT 20UN 1000 ML    212.54
012303  23B463  0712   013037   338012504       1 D5LR 1000ML              176.70
012303  23B567  0712   013037   338012504       1 D5LR 1000ML              176.70
012303  23B463  0712   013062   338011704       1 LR 1000ML                175.18
012303  23B510  0712   013062   338011704       1 LR 1000ML                175.18
012303  23B511  0712   013062   338011704       1 LR 1000ML                175.18
```

THANK YOU FOR CHOOSING US FOR YOUR HEALTHCARE NEEDS.
BENEFITS ASSIGNED - TAX ID# 621762545

*[handwritten annotations: "Duty of K.C. Act of pregnant victim" / "11-14"]*

**PRIMARY CARE ASSOCIATES, LLC**
520 N. Carriage Parkway
Wichita, Kansas 67208
Phone: (316) 684-2851
Fax: (316) 683-5239

Physician: Paul Davis, MD                    Exam Date: 01-28-2003

NAME:   DAVIS, CARLA                         X-Ray #:
DOB:

CHEST X-RAY:
Indication:

No prior films for comparison were available at the time of this reading.

PA and lateral projections of the lung fields reveal the diaphragms to be of normal contour. Some blunting of the gutters is noted, which may represent minimal fluid. Cardiac enlargement is noted. No mediastinal widening is seen. The lung fields demonstrate satisfactory expansion but do demonstrate evidence of mild pulmonary congestion. No soft, active pulmonary infiltrates were seen. The bony thorax appears to be normal.

CONCLUSION:
1. Cardiomegaly with mild pulmonary congestion along with perhaps a small amount of fluid involving the lung gutters.

*signature: Leonard V. Borland DO*

Leonard Borland, DO
Great Plains Imaging, LLC

D: 01-30-2003   T: 01-30-2003 - ld

12-14



