Case 6:23-cv-01010-JAR-KGG   Document 20   Filed 02/10/23   Page 1 of 2

FILED
U.S. District Court
District of Kansas

FEB 1 0 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Carla Davis, Indv
Jalen Davis, Indv.

Plaintiff(s)

v.

Civil Action No.

**6:23-CV-1010-JAR-GEB**

U.S. Dept. of Justice, et AL

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant KRIS KOBACH is the Kansas Attorney General. He is also a former Counsel to former U.S. Attorney General John Ashcroft during bioterrorism preparedness. He is being sued in his official and individual capacity; his principle address at 120 SW 10th Ave, 2nd Floor, Topeka, Kansas 66612-2215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carla Davis          Jalen Davis
901 N. Belmont       901 N. Belmont
Wichita, KS 67208    Wichita, KS 67208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/26/2023

s/ Sarah M. Zepick

*Signature of Clerk or Deputy Clerk*

## Shipment Details

THE UPS STORE #0952
6505 E CENTRAL AVE
WICHITA, KS 672061924
(316) 685-1717

**MM78CZXWGZJYE**

| | |
|---|---|
| Print Date: | Wed 1 Feb 2023 |
| Shipper No | 57E7Y6 |
| Rate Type: | Retail |
| Currency: | USD |

### Shipment Information

**Sender**
Carla & Jalen Davis
901 N Belmont
Wichita, KS 67208
Tel: (316) 691-8804
Residential

**Recipient**
Kansas Attorney General
Kris Kobach
120 SW 10TH AVE
FL 2
TOPEKA, KS 66612-1237
Business

**Shipping Info**
Ship Date: Mon 30 Jan 2023
Delivery Date: Tue 31 Jan 2023 EOD (Expected)
Service / Zone: UPS Ground Com / 2
Package Info: Other Packaging: 12 x 10 x 1 in.
0lb 8.9oz Actual
1.00 lb Billed
Customer Packed: 1

Description: Documents

**Shipment Service Options**
E-mail Notification

**Billing**
Company Account (Prepaid)

**Drop-Off Location**
THE UPS STORE #0952
6505 E CENTRAL AVE
WICHITA, KS 67206-1924 US

**Shipment Charges**
| | |
|---|---|
| UPS Ground Com | 11.76 |
| Shipping Charges: | $11.76 |
| CMS Processing Fee | $0.22 |
| **Total Charges:** | **$11.98** |

### Shipment Tracking and Reference Information

**Tracking Information**
Status: DELIVERED
Delivery Date: Tue 31 Jan 2023 10:15AM (Actual)
Carrier Trk#: 1Z57E7Y60335561024
Shipment ID: MM78CZXWGZJYE
Location: NA
Signed By: JENELL
Ref1:
Ref2:

**Last Scan**
01/31/2023 10:15:35 TOPEKA KS US


Tracking No: 1Z57E7Y60335561024


Shipment ID: MM78CZXWGZJYE

Order/Item #
Ref#

Re: Kris Kobach
Kansas Attorney General

Case# 6:23-cv-1010-JAR-GEB