IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLA DAVIS, Individually, ) <br> ) <br> JALEN DAVIS, Individually, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:23-CV-01010 |

## **ENTRY OF APPEARANCE**

Assistant Attorney General Carrie A. Barney hereby enters her appearance as counsel for Defendants Kansas University School of Medicine-Wichita, Garold O. Minns, M.D., Dean of Kansas University School of Medicine-Wichita, Kansas Homeland Security and David Weishaar, Adjutant General for Kansas.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
KRIS KOBACH

*/s/ Carrie A. Barney*
Carrie A. Barney, KS #22872
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-6695
Fax:    (785) 291-3767
Email: carrie.barney@ag.ks.gov
*Attorney for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2023, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice to counsel of record and to Plaintiff, by US Mail, postage prepaid as follows:

Carla Davis
Jalen Davis
901 N. Belmont
Wichita, KS  67208
*Plaintiffs Pro se*

                                                   */s/ Carrie A. Barney*
                                                   Carrie A. Barney