IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CARLA DAVIS, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 23-1010-JAR-KGG |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ENTRY OF APPEARANCE

Assistant Attorney General Matthew L. Shoger hereby enters his appearance as counsel of record for Defendant Kris Kobach, Kansas Attorney General.

Respectfully Submitted,

OFFICE OF ATTORNEY GENERAL
KRIS KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant Kris Kobach*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2023, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice to counsel of record, with a copy also sent to Plaintiffs, by US Mail, postage prepaid, at the following address:

Carla Davis and Jalen Davis
901 N. Belmont
Wichita, KS  67208
*Plaintiffs Pro se*

                                               */s/ Matthew L. Shoger*
                                               Matthew L. Shoger