IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLA DAVIS, indv.<br>JALEN DAVIS, indv.<br><br>      Plaintiffs,<br><br>vs.<br><br>WICHITA CLINIC P.A. ( Name changes: Christi Clinic P.A., NOW: ASCENSION MEDICAL GROUP VIA CHRISTI, P.A.); ROBERT KENAGY M.D., WICHITA CLINIC MEDICAL DIRECTOR; et. al.<br><br>      Defendants. | Case No. 6:23-CV-1010-JAR-GEB |

## DEFENDANTS WICHITA CLINIC P.A. AND ROBERT KENAGY, M.D.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(1), Defendants Wichita Clinic, PA., and Robert Kenagy, M.D., by and through their counsel, Mackenzie M. Baxter of Hite, Fanning & Honeyman L.L.P., respectfully move for dismissal of plaintiffs' claims for failure to state a claim and lack of subject matter jurisdiction upon which relief can be granted. The foundation for this motion is contained in the Memorandum entitled "Defendants Wichita Clinic, PA, and Robert Kenagy, M.D.'s Memorandum in Support of Motion to Dismiss."

                */s/ Mackenzie M. Baxter*     
                Mackenzie M. Baxter, #27909
                HITE, FANNING & HONEYMAN L.L.P.
                100 N. Broadway, Ste. 950
                Wichita, KS 67202-2209
                Telephone: (316) 265-7741
                Facsimile: (316) 267-7803
                E-mail: baxter@hitefanning.com
                *Attorneys for Wichita Clinic PA and*
                *Robert Kenagy, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2023, I electronically filed the foregoing Motion to Dismiss with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Mackenzie M. Baxter
Mackenzie M. Baxter #27909