IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CARLA DAVIS,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:23-CV-01010-JAR-KGG |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### AMENDED MOTION TO DISMISS BY DEFENDANTS
### KANSAS HOMELAND SECURITY and DAVID WEISHAAR

**COME NOW,** the Defendants, Kansas Homeland Security and David Weishaar, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and moves the Court for an order dismissing all claims asserted against it in Plaintiff's Complaint on the grounds that this Court lacks subject matter jurisdiction and that Plaintiff's Complaint fails to state a claim against these Defendants upon which relief can be granted. Pursuant to Local Rule D. Kan. 7.1(a), filed simultaneously herewith is a memorandum of arguments and authorities in support thereof.

**WHEREFORE**, for the above and foregoing reasons, and those set forth in the attached memorandum of arguments and authorities in support hereof, Defendants Kansas Homeland Security and Weishaar respectfully request this motion be granted, and an order entered dismissing all claims against them in Plaintiff's Complaint, and for such other relief as the Court deems just and equitable.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
KRIS KOBACH

/s/ Carrie A. Barney
Carrie A. Barney, KS #22872
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-6695
Fax:    (785) 291-3767
Email: carrie.barney@ag.ks.gov
*Attorney for Defendants Kansas University School of Medicine and Dr. Minns*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2023, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice to counsel of record and to Plaintiff, by US Mail, postage prepaid on March 10th, 2023, as follows:

Carla Davis
901 N. Belmont
Wichita, KS  67208
*Plaintiffs Pro se*


Jalen Davis
901 N. Belmont
Wichita, KS  67208
*Plaintiffs Pro se*

/s/ Carrie A. Barney
Carrie A. Barney