FILED
U.S. District Court
District of Kansas

MAR 15 202.

Clerk, U.S. District Court
By _____ Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Carla Davis, Indv
Jalen Davis, Indv.

_Plaintiff(s)_

v.

Civil Action No.

**6:23-CV-1010-JAR-GEB**

U.S. Dept. of Justice, et AL

_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Defendant MARC BENNETT is Sedgwick County District Attorney being sued in his official and individual capacity with the principle office at 535 N. Main St., Wichita, Kansas 67203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Carla Davis | Jalen Davis |
| 901 N. Belmont | 901 N. Belmont |
| Wichita, KS 67208 | Wichita, KS 67208 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _1/26/2023_

s/ Sarah M. Zepick

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marc Bennett
was received by me on *(date)* 3/2/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* unNamed - District Attorney, who is
designated by law to accept service of process on behalf of *(name of organization)* Marc Bennett
on *(date)* 3/2/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Attorney in the office of Marc Bennett took the summons/complaint documents without Releasing their name,

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 01

Signing Hand Delivery Document.

I declare under penalty of perjury that this information is true.

Date: 3/2/2023

X Darrell Davis
Server's signature

DARRELL DAVIS
Printed name and title

901 N Belmont Wichita, KS 67208
Server's address

Additional information regarding attempted service, etc:

Case # 6:23-CV-1010-JAR-GLB

Case 6:23-cv-01010-JAR-KGG   Document 139   Filed 03/15/23   Page 3 of 3

## Shipment Details

THE UPS STORE #0952
6505 E CENTRAL AVE
WICHITA, KS  672061924
(316) 685-1717

**MM78CZXZKVKKN**

| | |
|---|---|
| Print Date: | Wed 15 Mar 2023 |
| Shipper No | 57E7Y6 |
| Rate Type: | Retail |
| Currency: | USD |

### Shipment Information

**Sender**
Carla & Jalen Davis
901 N Belmont
Wichita, KS 67208
Tel: (316) 691-8804
Residential

**Recipient**
Marc A. Bennett
3 HEATHER LN
CHENEY, KS 67025-9169
Residential

**Shipping Info**
Ship Date: Fri 10 Mar 2023
Delivery Date: Sat 11 Mar 2023  EOD (Expected)
Service / Zone: UPS Ground Res / 2
Package Info: Other Packaging: 15 x 12 x 1 in.
0lb 5.5oz Actual
1.00 lb Billed
Customer Packed: 1

Description: documents

**Shipment Service Options**
E-mail Notification
UPS EDV=100.00 USD
Adult Sig Req(w/POD Incl)

**Billing**
Company Account (Prepaid)

**Drop-Off Location**
THE UPS STORE #0952
6505 E CENTRAL AVE
WICHITA, KS 67206-1924 US

**Shipment Charges**

| | |
|---|---|
| UPS Ground Res | 11.76 |
| Enhanced Declared Value | 0.00 |
| Adult Signature Required (POD incl.) | 8.85 |
| Area Surcharge | 11.15 |
| **Shipping Charges:** | **$31.76** |
| CMS Processing Fee | $0.22 |
| **Total Charges:** | **$31.98** |

### Shipment Tracking and Reference Information

**Tracking Information**
Status:           DELIVERED
Delivery Date:    Sat 11 Mar 2023 12:02PM (Actual)
Carrier Trk#:     1Z57E7Y6A812300329
Shipment ID:      MM78CZXZKVKKN
Location:         RESIDENTIAL
Signed By:        BENNETT
Ref1:
Ref2:

**Last Scan**
03/11/2023 12:02:14 WICHITA KS US


Tracking No:   1Z57E7Y6A812300329


Shipment ID:   MM78CZXZKVKKN

Order/Item #
Ref#

Case # 6:23-CV-1010 JAR-GEB