FILED
U.S. District Court
District of Kansas

MAR 15 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Carla Davis, Indv.
Jalen Davis, Indv.

)
)
)
)
)
)
*Plaintiff(s)*      )
   v.               )   Civil Action No.
                    )
                    )   **6:23-CV-1010-JAR-GEB**
                    )
                    )
U.S. Dept. of Justice et AL )
*Defendant(s)*      )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant DAVID GRAINGER m.d.( reproductive endocrinology) 2002-2003 served on board of directors for Central Plains Health Care Partnership with Robert Kenagy m.d., at the same time as serving as Associate Vice Chairman for KU School of Medicine OB/GYN Residency Program. He is being sued in his official and individual capacity with the principle address 9300 E. 29th Street North, suit 102, Wichita, Kansas 67226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Carla Davis        Jalen Davis
        901 N. Belmont    901 N. Belmont
        Wichita, KS 67208  Wichita, KS 67208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/26/2023                      s/ Sarah M. Zepick
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Granger M.D.
was received by me on *(date)* 3/6/2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paige Albers, who is
designated by law to accept service of process on behalf of *(name of organization)* David Granger
M.D. on *(date)* 3/6/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
See Attached Hand Delivery

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/6/2023

X *Darrell Davis*
Server's signature

DARRELL DAVIS
Printed name and title

901 N Belmont Wichita, KS 67208
Server's address

Additional information regarding attempted service, etc:

Case # 6:23-CV-1010-JAR-GEB

## HAND DELIVERY

Delivered to: David Grainger M.D.

Address: 9300 E. 29th Street North
          Suite # 102
City/State: Wichita, KS. 67226
COMMENT: Summons / Complaint.

Received By:
****(PRINT NAME) Paige Albers

Then Signature: Paje albers

DATE: 3/6/2023

Service:
x Danell Davis
Date: 3/6/2023

Case # 6:23-CV-1010-JAR-GEB