IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLA DAVIS, Individually, | ) |
| | ) |
| JALEN DAVIS, Individually, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:23-CV-01010 |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF COUNSEL AND
### ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

Pursuant to D. Kan. R. 83.5.5(c), Carrie A. Barney, Assistant Attorney General/Trial Counsel hereby withdraws her appearance as counsel of record for Defendants Kansas University School of Medicine-Wichita, Garold O. Minns, M.D., Dean of Kansas University School of Medicine-Wichita, Kansas Homeland Security and David Weishaar, Adjutant General for Kansas. Stanley R. Parker, Assistant Attorney General/Trial Counsel hereby enters his appearance as counsel of record for these Defendants.

This notice is being served as required by D. Kan. 83.5.5(c).

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
KRIS KOBACH

*/s/ Carrie A. Barney*
Carrie A. Barney, KS #22872
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-6695
Fax:    (785) 291-3767
Email: carrie.barney@ag.ks.gov
*Withdrawing Attorney*


*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
Civil Litigation Division
Complex Tort Defense Unit
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax:    (785) 291-3767
Email: stanley.parker@ag.ks.gov
*Substituted Counsel*


### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2023, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice to counsel of record and to Plaintiff, by US Mail, postage prepaid as follows:

Carla Davis
Jalen Davis
901 N. Belmont
Wichita, KS  67208
*Plaintiffs Pro se*


s/ *Stanley R. Parker*
Stanley R. Parker