# WESLEY MEDICAL CENTER
550 N. Hillside / Wichita, KS 67214-4976

LAST OUTPATIENT VISIT DATE:
LAST INPATIENT VISIT DATE:

| | | |
|---|---|---|
| ACCOUNT #: [redacted] | ADMIT SOURCE : | ADMIT DATE/TIME : 01/23/03  1921 |
| ROOM/BED : 2201-A | LOCATION/SERVICE: 2WH   NB | FINANCIAL CLASS : BLUE CROSS |
| TYPE : INPATIENT | ROOM PREFERENCE : B | PRIORITY : NEWBORN |
| | | MEDICAL RECORD [redacted] |

**PATIENT**
NAME : DAVIS, BOY
STREET : 901 N BELMONT
STREET :
CITY/STATE/ZIP: WICHITA, KS 67208     USA
HOME PHONE : 316-691-8804

**PATIENT**
DATE OF BIRTH : 01/23/03     AGE : 00M
SEX : M     RACE : B
SOCIAL SECURITY #: 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     CONFIDENTIAL:
MARITAL STATUS : SINGLE     X-RAY # :

**PATIENT EMPLOYER**
NAME : MINOR/CHILD
STREET : NA
CITY/STATE/ZIP: NA, XX 99999
PHONE : 999-999-9999     OCCUPATION :

**PERSON TO NOTIFY**     RELATIONSHIP: [redacted]
NAME : [redacted]
STREET : [redacted]
CITY/STATE/ZIP: [redacted]     USA
PHONE : [redacted]     WORK PHONE :

**GUARANTOR**     RELATIONSHIP: MOTHER
NAME : DAVIS, CARLA
STREET : 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208     USA
PHONE : 316-691-8804     SOCIAL SECURITY : [redacted]

**NEXT OF KIN**     RELATIONSHIP: MOTHER
NAME : DAVIS, CARLA
STREET : 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208     USA
PHONE : 316-691-8804     WORK PHONE : 999-999-9999

**GUARANTOR EMPLOYER**
NAME : [redacted]
STREET : NA
CITY/STATE/ZIP: NA, XX 99999
PHONE : 999-999-9999     OCCUPATION :

**OCCURRENCE INFORMATION**
ACCIDENT DATE/TIME:
JOB RELATED :
DATE OF ONSET : 01/23/03

**INSURANCE** | **POLICY NUMBER** | **GROUP NUMBER** | **AUTHORIZATION** | **SUBSCRIBER**
BLUE CROSS MARYLAND | [redacted] | [redacted] | [redacted] | [redacted]

**ADMIT PHYSICIAN** Spade, Dee A  DO     SPADDEA
REASON FOR VISIT:
COMMENT : NEWBORN

**ATTEND PHYSICIAN** Spade, Dee A  DO     SPADDEA
**REFER PHYSICIAN**
LATEX SENSITIVITY:     USER: WADM.SLF

ADMITTING DIAGNOSIS: term singleton male     vag del.

PRINCIPAL DIAGNOSIS (REASON FOR ADMISSION AFTER STUDY): term singleton male     vag del.

OTHER DIAGNOSIS (COMPLICATIONS AND/OR COMORBIDITIES):

*CONFIDENTIAL NOT FOR RE-RELEASE*

Exhibit A

PRINCIPAL PROCEDURE (USUALLY THE ONE MOST RELATED TO PRINCIPAL Dx): Circumcision

OTHER PROCEDURES:     20-24

CCI:

ACCT #: W00016118991
UNIT #: W000216047
ADT DT: 012303

CONSULTANTS:

DISCHARGE DATE: 1/25/03     PATIENT DAYS: 2     DRG: 391

ATTENDING PHYSICIAN SIGNATURE: (Spade)     DATE SIGNED: 1/25/03

DAVIS, BOY

INPATIENT RECORD

# WESLEY MEDICAL CENTER
550 N. Hillside / Wichita, KS 67214-4976

LAST OUTPATIENT VISIT DATE: 11/27/05  ER
LAST INPATIENT VISIT DATE: 01/23/03

| | | |
|---|---|---|
| ACCOUNT #: ▮ | ADMIT SOURCE : EMERGENCY ROOM | ADMIT DATE/TIME : 12/10/05  0700 |
| ROOM/BED : | LOCATION/SERVICE: EDS | FINANCIAL CLASS : BLUE CROSS |
| TYPE : | ROOM PREFERENCE : 12/10/05  0700 | PRIORITY : EMERGENCY |

**PATIENT**
NAME    : DAVIS, CARLA BROCHEY
STREET  : 901 N BELMONT
STREET  :
CITY/STATE/ZIP: WICHITA, KS 67208       USA
HOME PHONE   ▮

**PATIENT**
DATE OF BIRTH : 09/07/71        AGE : 34
SEX : F                          RACE : B
MARITAL STATUS : MARRIED         CONFIDENTIAL:

**PATIENT EMPLOYER**
NAME    ▮
STREET  :
CITY/STATE/ZIP: WICHITA, KS 67208
PHONE   ▮       OCCUPATION : ▮

**PERSON TO NOTIFY**                RELATIONSHIP: PATIENT
NAME    : PT, STS NONE
STREET  :
CITY/STATE/ZIP: , KS 99999              USA
PHONE   :       WORK PHONE :

**GUARANTOR**    RELATIONSHIP: PATIENT
NAME    : DAVIS, CARLA ▮
STREET  : 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208   USA
PHONE   : 316-691-8804

**NEXT OF KIN**        RELATIONSHIP: ▮
NAME    ▮
STREET  : 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208    USA
PHONE   ▮        WORK PHONE ▮

**GUARANTOR EMPLOYER**
NAME    ▮
STREET  ▮
CITY/STATE/ZIP: ▮
PHONE   :       OCCUPATION ▮

**OCCURRENCE INFORMATION**
RESERV TAKEN DATE :
ACCIDENT DATE/TIME:
JOB RELATED :
DATE OF ONSET : 12/09/05

**INSURANCE**     POLICY NUMBER    GROUP NUMBER    AUTHORIZATION    SUBSCRIBER
BLUE CROSS CHOICE CARE                                               DAVIS, CARLA B

**ED PHYSICIAN**  Staats, Rodney M  MD      ESPASTAAT
REASON FOR VISIT: COUGHING UP BLOOD/CHEST PAIN/DIZZY
COMMENT

**FAMILY PHYSICIAN** Klingman, Diane D  MD    KLINDID
ANIMAL BITE?:       ARRIVAL MODE: WALK IN     USER: WADM.KLV

CCI:

| CODING | ANALYSIS | CANCER REGIS. |
|---|---|---|

Exhibit A 21-24

ACCT #: W00021810515
UNIT #: W088239066
ADM DT: 121005

DAVIS, CARLA BROCHEY

MR102(R2/98)    **EMERGENCY DEPT RECORD**    WADM.KLV  VSETECKA, KENDRA  12/10/05  0802



**WESLEY MEDICAL CENTER**
550 N. Hillside / Wichita, KS 67214-4976

LAST OUTPATIENT VISIT DATE: 01/18/97   CLI
LAST INPATIENT VISIT DATE: 01/23/03

ACCOUNT #: ▓▓▓
ROOM/BED :
TYPE : SDC
ADMIT SOURCE : PHYSICIAN REFERRAL
LOCATION/SERVICE: O2T
ROOM PREFERENCE :
ADMIT DATE/TIME : 02/04/05
FINANCIAL CLASS : BLUE CROSS
PRIORITY : ELECTIVE

**PATIENT**
NAME : DAVIS, CARLA BROCKEY
STREET : 901 N BELMONT
STREET :
CITY/STATE/ZIP: WICHITA, KS 67208   USA
HOME PHONE : 316-691-8804

**PATIENT**
DATE OF BIRTH : 09/07/71   AGE : 33
SEX : F   RACE : B
MARITAL STATUS : MARRIED   CONFIDENTIAL:
X-RAY

**PATIENT EMPLOYER**
NAME : HOMEMAKER
STREET : NA
CITY/STATE/ZIP: NA, XX 99999
PHONE : 999-999-9999   OCCUPATION :

**PERSON TO NOTIFY**   RELATIONSHIP:
NAME : TARLETON, DAN/ANNIE
STREET : 1012 N TERRACE
CITY/STATE/ZIP: WICHITA, KS 67208   USA
PHONE : 316-687-4396   WORK PHONE :

**GUARANTOR**   RELATIONSHIP: PATIENT
NAME : DAVIS, CARLA
STREET : 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208   USA
PHONE : 316-691-8804

**NEXT OF KIN**   RELATIONSHIP: H
NAME :
STREET :
CITY/STATE/ZIP: W▓▓▓▓▓▓▓▓▓8   USA
PHONE : 316-691-8804

**GUARANTOR EMPLOYER**
NAME : HOMEMAKER
STREET : NA
CITY/STATE/ZIP: NA, XX 99999
PHONE : 999-999-9999   OCCUPATION :

**OCCURRENCE INFORMATION**
RESERV TAKEN DATE : 01/28/05
ACCIDENT DATE/TIME:
JOB RELATED :
DATE OF ONSET : 01/28/05

**INSURANCE**   POLICY NUMBER   GROUP NUMBER   AUTHORIZATION   SUBSCRIBER
BLUE CROSS CHOICE CARE                                          DAVIS, CARLA B

**ADMIT PHYSICIAN**
REASON FOR VISIT: CHEST PAIN
COMMENT : HEART CATH 0900

**ATTEND PHYSICIAN** Francisco, Dan A  MD   FRANDAA
**REFER PHYSICIAN**
LATEX SENSITIVITY: Y   :USER:

CONFIDENTIAL
NOT FOR RE-RELEASE

CCI:

ASSEMBLY | CODING | ANALYSIS | FINAL CHECK | CA

PROCEDURES / PHYSICIAN ORDERS / PROGRESS NOTES:

Cardiac catheterization - see procedure note

Exhibit A 22-24

ACCT #: W00020039950
UNIT #: W088239066
ADM DT: 020405
DAVIS, CARLA BROCKEY

DIAGNOSIS: Chest Pain; Abnormal MPI
CONDITION ON DISCHARGE: Stable

DATE:   TIME:   ☒ DISMISSED  ☐ ADMITTED   PHYSICIAN SIGNATURE:   STAFF SIGNATURE:

**OUTPATIENT RECORD**

MR141 (R2/98)   WBUS, MAR  ROMERO, MICHELLE  02/03/05  0941



[House Hearing, 110 Congress]
[From the U.S. Government Publishing Office]

THE INSPECTOR GENERAL'S INDEPENDENT REPORT ON THE FBI'S USE OF NATIONAL SECURITY LETTERS

======================================================================

HEARING

BEFORE THE

COMMITTEE ON THE JUDICIARY
HOUSE OF REPRESENTATIVES

ONE HUNDRED TENTH CONGRESS

FIRST SESSION

_____

MARCH 20, 2007

_____

Serial No. 110-21

_____

Printed for the use of the Committee on the Judiciary

Available via the World Wide Web: http://judiciary.house.gov

_____

U.S. GOVERNMENT PRINTING OFFICE
34-175                    WASHINGTON : 2007

For Sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov  Phone: toll free (866) 512-1800; (202) 512�091800
Fax: (202) 512�092250 Mail: Stop SSOP, Washington, DC 20402�090001

COMMITTEE ON THE JUDICIARY

JOHN CONYERS, Jr., Michigan, Chairman

| | |
|---|---|
| HOWARD L. BERMAN, California | LAMAR SMITH, Texas |
| RICK BOUCHER, Virginia | F. JAMES SENSENBRENNER, Jr., Wisconsin |
| JERROLD NADLER, New York | |
| ROBERT C. SCOTT, Virginia | HOWARD COBLE, North Carolina |
| MELVIN L. WATT, North Carolina | ELTON GALLEGLY, California |
| ZOE LOFGREN, California | BOB GOODLATTE, Virginia |
| SHEILA JACKSON LEE, Texas | STEVE CHABOT, Ohio |
| MAXINE WATERS, California | DANIEL E. LUNGREN, California |
| MARTIN T. MEEHAN, Massachusetts | CHRIS CANNON, Utah |
| WILLIAM D. DELAHUNT, Massachusetts | RIC KELLER, Florida |
| ROBERT WEXLER, Florida | DARRELL ISSA, California |
| LINDA T. SANCHEZ, California | MIKE PENCE, Indiana |
| STEVE COHEN, Tennessee | J. RANDY FORBES, Virginia |
| HANK JOHNSON, Georgia | STEVE KING, Iowa |
| LUIS V. GUTIERREZ, Illinois | TOM FEENEY, Florida |

[Handwritten annotations: "Case # 6:23-cv-1010-JAR-KGG"; "Exhibit B 23-24"]

limited in scope and duration.

Further, gags must come with a meaningful right to challenge them before a neutral arbiter. Last year's amendments created a sham court proceeding, whereby a judge is powerless to modify or overturn a gag if the federal government simply certifies that national security is at risk, and may not even conduct any review for a full year after the NSL is issued. Under the NSL statute, the federal government's certification must be treated as ``conclusive,'' rendering the ability to go before a judge meaningless. To comport with the First Amendment, a recipient must be able to go before a judge to seek meaningful redress.

Court Review

If there is one undeniable conclusion that Congress can draw from the Inspector General's report, it is that the FBI cannot be left to police itself. Allowing the FBI to keep self-certifying that it has met the statutory requirements invites further abuse and overuse of NSLs. Contemporaneous and independent oversight of the issuance of NSLs is needed to ensure that they are no longer issued at the drop of a hat to collect information about innocent U.S. persons. Court review will provide those checks and balances as was intended by the Constitution.

CONCLUSION

The Inspector General reviewed just a tiny proportion of NSLs issued by the FBI from 2003 through 2005, yet he found an extraordinary level of mismanagement, incompetence, and willful misconduct that clearly demonstrates that the unchecked NSL authorities given to the FBI in the Patriot Act must be repealed. The FBI and Department of Justice have shown that they cannot police themselves and need independent oversight. The American Civil Liberties Union applauds the Committee for holding this hearing and opening a window on these abuses, but there is more work to be done. Congress must fully investigate the FBI's abuse of power to insure that those responsible for these violations are held accountable, and the innocent people who have had their privacy invaded and their civil rights abused need to be identified and notified, and records that have been improperly or inappropriately seized should be purged from FBI databases. But most importantly, Congress needs to fix the Patriot Act, which has set the stage for all of these problems.

Letter requesting additional information submitted to Valerie Caproni, General Counsel, Federal Bureau of Investigation

Press release by the Department of Justice from March 9, 2007, submitted by the Honorable Howard Coble, a Represenative in Congress from the State of North Carolina, and Member, Committee on the Judiciary

Article entitled ``Official Alerted F.B.I. to Rules Abuse 2 Years Ago, Lawyer Says,'' The New York Times, submitted by the Honorable John Conyers, Jr.

Case # 6:23-CV-1010-JAR-KGG

Exhibit B
24-24