IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLA DAVIS, and ) | |
| JALEN DAVIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 6:23-CV-1010-JAR-GEB |
| ) | |
| CHILDREN'S MERCY HOSPITAL, ) | |
| and VIRGIL F. BURRY, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

**COME NOW**, the Defendants, The Children's Mercy Hospital and Virgil F. Burry, M.D. (hereinafter "Defendants"), by and through undersigned counsel, pursuant to D. Kan. Rule 7.1(d), hereby request that this Court enter an order to allow Defendants to exceed the page limitation in their Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Civil Complaint. In support of their motion, Defendants state as follows:

1. On January 23, 2023, Plaintiffs Carla Davis and Jalen Davis (collectively, "Plaintiffs") filed a Complaint against Defendants and numerous other individuals and entities. [ECF 1, ¶¶ 2-43].

2. On February 21, 2023, Defendants filed their Motion to Dismiss Plaintiffs' Civil Complaint for Failure to State a Claim or, in the Alternative, Motion for Involuntary Dismissal with Prejudice for Failure to Prosecute (hereinafter, "Motion to Dismiss"). [ECF 66].

3. On May 30, 2023, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss. [ECF 239].

1

4. Plaintiffs' Opposition to Defendants' Motion to Dismiss is 27 pages in length, containing 13 pages of the pleading and 14 pages of exhibits. Said pleading included various and lengthy arguments against Defendants' Motion to Dismiss that go beyond Plaintiffs' Complaint.

5. As such, the 5-page limitation for reply briefs pursuant to D. Kan. Rule 7.1(d) does not supply Defendants with adequate space in which to address all of Plaintiffs' arguments.

6. Therefore, Defendants respectfully request that this Court allow them to exceed the 5-page limitation set forth in D. Kan. Rule 7.1(d).

7. While Defendants will make every effort to condense and streamline the arguments in support of the motion to dismiss in their reply, Defendants must address the numerous issues set forth in Plaintiffs' Opposition to Defendants' Motion to Dismiss with their anticipated reply to not exceed 10 pages.

8. Furthermore, D. Kan. Rule 6.1(d) states that replies must be filed within 14 days after the response is served and, under D. Kan. Rule 7.1(d), any motion to exceed page limits must be filed at least 3 days before the brief's filing deadline.

9. As Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on May 30, 2023, this Motion is timely filed.

**WHEREFORE**, Defendants, The Children's Mercy Hospital and Virgil F. Burry, M.D., respectfully request the Court grant their motion for leave to exceed the page limitations.

Respectfully submitted,

*/s/ BK Christopher*
BK Christopher　　　　KS #16387
Matthew R. Klose　　　KS# 27360
HORN AYLWARD & BANDY LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Ph: (816) 421-0700
Fax: (816) 421-0899
bchristopher@hab-law.com
mklose@hab-law.com
**ATTORNEYS FOR DEFENDANTS CHILDREN'S MERCY HOSPITAL AND VIRGIL F. BURRY, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2023, a copy of the above and foregoing document was filed in the court's electronic filing system notifying all parties and counsel of record and was sent to the following individuals in the manner prescribed below:

**VIA U.S. MAIL & E-MAIL**
Carla Davis and Jalen Davis
901 N. Belmont
Wichita, Kansas 67208
Email: cardav01292021@yahoo.com
**PLAINTIFFS PRO SE**

*/s/BK Christopher*
Attorney

3