JENNIFER L. MAGAÑA
City Attorney
ERIK S. HOUGHTON, #27368
Deputy City Attorney
City Hall - 13th Floor
455 North Main
Wichita, Kansas 67202
(316) 268-4681
(316) 858-7777 (FAX)
ehoughton@wichita.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CARLA DAVIS,                                     )
JALEN DAVIS,                                     )
                                                 )
              Plaintiffs,                         )
                                                 )
vs.                                              )      Case No. 6:23-cv-01010-JAR-KGG
                                                 )
U.S. DEPARTMENT OF JUSTICE;                      )
MERRICK B. GARLAND; U.S. DEPT. OF                )
HEALTH AND HUMAN SERVICES;                       )
XAVIER BECERRA; DUSTIN SLINKARD;                 )
ERIC MELGREN; KRIS W. KOBACH;                    )
KANSAS HOMELAND SECURITY;                        )
DAVID WEISHAAR; KANSAS                           )
DEPARTMENT OF HEALTH AND                         )
ENVIRONMENT; JANET STANEK; JAMES                 )
MICHAEL MOSER; KANSAS INSURANCE                  )
DEPARTMENT; VICKI SCHMIDT; KANSAS                )
HEALTH CARE STABILIZATION FUND;                  )
CLARK SHULTZ; SEDGWICK COUNTY                    )
BOARD OF COMMISSIONERS;                          )
MARC BENNETT;                                    )
CITY OF WICHITA CITY COUNCIL;                    )
CENTRAL PLAINS HEALTH                            )
CARE PARTNERSHIP; MEDICAL SOCIETY                )
OF SEDGWICK COUNTY; WESLEY                       )
MEDICAL CENTER, LLC;                             )
THE CHILDREN'S MERCY HOSPITAL;                   )
WICHITA CLINIC, P.A.;                            )
KANSAS UNIVERSITY SCHOOL OF                      )
MEDICINE; GAROLD O. MINNS;                       )

STEWART E. DISMUKE;                              )
ROBERT KENAGY; CLYDE WILSON                      )
WESBROOK; DEE SPADE; VIRGIL F.                   )
BURRY; HEWITT GOODPASTURE;                       )
DAVID GRAINGER; TRAVIS                           )
STEMBRIDGE; GERARD BASSELL;                      )
ANNA F. STORK-FURY; BRENDA                       )
KALLEMEYN; TOM YAO; GIANFRANCO                   )
PEZZINO; FOULSTON SIEFKIN, L.L.P.;               )
KLENDA, MITCHELL, AUSTERMAN,                     )
ZUERCHER, L.L.C.; BRANDON WHIPPLE;               )
WICHITA CENTER FOR GRADUATE                      )
MEDICAL EDUCATION, INC.,                         )
                                                 )
                   Defendants.         ___       )

## REPLY IN SUPPORT OF MOTIONS TO DISMISS
## BY DEFENDANTS WICHITA CITY COUNCIL AND BRANDON WHIPPLE

COMES NOW, Defendants Wichita Council and Brandon Whipple and submit this reply in support of their motion to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted.

## ARGUMENT AND AUTHORITIES

1. **Plaintiffs cannot sue the Wichita City Council as a separate entity.**

Plaintiffs' response does not present any argument disputing the Defendant Wichita City Council's motion to dismiss. Accordingly, Defendant Wichita City Council relies on the arguments presented in its motion, relying on Fed. R. Civ. P. 17(b), the Illinois, Florida, and Massachusetts U.S. District Courts, and Kansas law, that the Wichita City Council lacks the capacity to be sued as a separate entity. Therefore, the Plaintiffs' claims against the Wichita City Council should be dismissed.

2.  **The Plaintiffs' Complaint must be dismissed as to Defendant Whipple.**

As outlined in Defendant Whipple's motion to dismiss, Plaintiffs lack standing to sue Defendant Whipple, Defendant Whipple is entitled to qualified immunity, and plaintiffs failed to state a claim against Defendant Whipple upon which relief can be granted.  Plaintiffs' response does nothing to affect this outcome.

Plaintiffs Complaint and response are focused on facts occurring in 2002 and 2003 relating to plaintiffs' medical records and medical treatment, which occurred many years before Defendant Whipple became Mayor of the City of Wichita.  The factual allegations contained in the plaintiffs' Complaint and response are not in any way traceable to any conduct by Defendant Whipple in his official capacity as the Mayor of the City of Wichita.  Therefore, plaintiffs lack standing to sue Defendant Whipple, and failed to state a claim against Defendant Whipple upon which relief can be granted.

Further, plaintiffs' response does not meet plaintiffs' burden under the qualified immunity standard set out in *Mullenix v. Luna*, 136 S.Ct. 305, 308 (2015), *Ashcroft v. al-Kidd*, 131 S.Ct. 2074, 2077 (2011), and *Quinn v. Young*, 780 F.3d 998, 1005 (10th Cir. 2015).  If the Plaintiff fails to satisfy either part of the inquiry, the Court must grant qualified immunity. *Carabajal v. City of Cheyenne*, 847 F.3d 1203, 1208 (10th Cir. 2017).  Plaintiffs' response fails to demonstrate any specific action by Defendant Brandon Whipple, as Mayor of the City of Wichita, that violated a constitutional right asserted by the Plaintiffs. Therefore, Defendant Brandon Whipple is entitled to qualified immunity and Plaintiffs' Complaint against him should be dismissed.

## CONCLUSION

WHEREFORE, premises considered, Defendants Wichita City Council and Brandon Whipple pray the Court grant their Motions to Dismiss and enter an Order dismissing the Plaintiffs' claims with prejudice and for such other and further relief as the Court deems just, fair and equitable.

Respectfully submitted,

/s Erik S. Houghton
Erik S. Houghton, #27368
Deputy City Attorney
City Hall – 13th Floor
455 N. Main
Wichita, KS  67202
(316) 268-4681
Fax:  (316) 858-7777
Email:  ehoughton@wichita.gov
*Attorney for Defendants Wichita City Council*
*and Brandon Whipple*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2023, I presented the a true and correct copy of the foregoing REPLY IN SUPPORT OF MOTIONS TO DISMISS BY DEFENDANTS WICHITA CITY COUNCIL AND BRANDON WHIPPLE to the clerk of the court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to the following:

Any Party or Counsel who has entered an appearance

I further certify that a true and correct copy of the above and foregoing REPLY IN SUPPORT OF MOTIONS TO DISMISS BY DEFENDANTS WICHITA CITY COUNCIL AND BRANDON WHIPPLE was deposited in the United States mail, postage prepaid, on the 12th day of June, 2023, and properly addressed to:

Carla Davis
901 N. Belmont
Wichita, KS 67208

Jalen Davis
901 N. Belmont
Wichita, KS 67208

_/s/ Erik S. Houghton_____
Erik S. Houghton