## STATE OF KANSAS

BILL GRAVES, *Governor*
State Capitol, 2nd *Floor*
Topeka, Kansas 66612-1590



(785) 296-3232
1-800-748-4408
FAX: (785) 296-7973

OFFICE OF THE GOVERNOR

Exhibit
A

### **EXECUTIVE ORDER NO. 02-02**
### ESTABLISHING THE KANSAS BIOTERRORISM
### COORDINATING COUNCIL
### AND
### THE KANSAS HOSPITAL PREPAREDNESS PLANNING COMMITTEE

WHEREAS, Under the authority of Public Law 107-38, the 2001 Emergency Supplemental Appropriations Act for Recovery from and Response to Terrorist Attacks on the United States and Public Law 107-117, the Defense Appropriations Act, the United States Congress has appropriated approximately $10,985,143 to the State of Kansas for federal fiscal year 2002 for the Public Health Preparedness and Response Program for Bioterrorism (Cooperative Agreement U90/CCU716985-03-1), and approximately $1,291,509 to the State of Kansas for federal fiscal year 2002 for the Bioterrorism Hospital Preparedness Program; and

WHEREAS, to meet requirements set out by the Centers for Disease Control and Prevention (CDC) and the Health Resources and Services Administration (HRSA) to receive these funds, the State of Kansas must establish planning committees for each program grant; and

WHEREAS, the State of Kansas is required to complete needs assessments, develop planning processes, and prepare plans for spending the remaining funds;

NOW THEREFORE, pursuant to the authority vested in me as Governor of the State of Kansas, I hereby establish the Kansas Bioterrorism Coordinating Council and the Kansas Hospital Preparedness Planning Committee.

1. The Kansas Bioterrorism Coordinating Council shall include one representative from each of the following agencies, institutions, groups and others as necessary to carry out the duties of the committee as determined by federal law and the Governor:

    (i)    Kansas Department of Health and Environment
    (ii)    Kansas Board of Emergency Medical Services
    (iii)    Division of Emergency Management, Kansas Adjutant General's Office
    (iv)    Kansas Hospital Association
    (v)    Veterans Affairs Hospitals
    (vi)    Military hospitals
    (vii)    Kansas Association for the Medically Underserved
    (viii)    Office of Rural Health, Kansas Department of Health and Environment
    (ix)    Kansas Medical Society
    (x)    Kansas Association of Local Health Departments

19-68

   (xi) Kansas Law Enforcement Training Commission
   (xii) Kansas Highway Patrol
   (xiii) Kansas Fire Marshal
   (xiv) Kansas Advisory Committee on Trauma
   (xv) University of Kansas School of Medicine
   (xvi) Red Cross
   (xvii) Kansas State Nurses Association

Exhibit A

The Kansas Bioterrorism Coordinating Council shall draw upon other resources as needed.

2. The executive director of the Kansas Bioterrorism Preparedness and Response Program shall be a senior management staff of the Kansas Department of Health and Environment designated by the Governor. Such individual shall be the agency representative indicated in Section 1 (i).

3. The Kansas Bioterrorism Coordinating Council shall advise regarding bioterrorism public health needs during the planning and implementation process as referenced in the attached "Critical Benchmarks for Bioterrorism Preparedness Planning" items ') through 16, specifically in the following areas:

- Areas of preparedness planning and readiness assessment
- Surveillance and epidemiology capacity
- Laboratory capacity (biologic agents)
- Laboratory capacity (chemical agents)
- Health alert network/communications and information technology
- Risk communication and health information dissemination
- Education and training.

4. The Kansas Bioterrorism Coordinating Council shall coordinate its activities with the Hospital Preparedness Planning Committee and Metropolitan Medical Response Teams, and other related programs that may follow, so that resources are used efficiently and effectively, avoiding conflict and unnecessary duplication of services.

5. The Kansas Hospital Preparedness Planning Committee shall include, but not be limited to one representative of the following agencies, institutions, groups and others:

   (i) Each of six regions defined by the Kansas Hospital Association
   (ii) Military hospitals
   (iii) Veterans Affairs hospitals
   (iv) Indian Health Services
   (v) University of Kansas Medical Center
   (vi) Division of Emergency Management, Kansas Adjutant General's Office
   (vii) Kansas Board of Emergency Medical Services
   (viii) Office of Rural Health, Kansas Department of Health and Environment

20-68

Exhibit A


- (ix) Kansas Association for the Medically Underserved
- (x) Kansas Medical Society
- (xi) Kansas Association of Local Health Departments
- (xii) Kansas Department of Health and Environment.

6. The coordinator of the state Bioterrorism Hospital Preparedness Program shall be a senior management staff of the Kansas Department of Health and Environment by the Governor. The executive director of the Kansas Bioterrorism Preparedness and Response Program may serve in this capacity.

7. The medical director of the state Bioterrorism Hospital Preparedness Program shall be a senior management staff of the Kansas Department of Health and Environment designated by the Secretary and approved by the Governor. Such individual shall be the agency representative indicated in Section 5 (viii).

8. The Kansas Hospital Preparedness Planning Committee shall provide guidance, direction and oversight to the state health department in planning for hospital bioterrorism response.

9. Members of the Kansas Bioterrorism Coordinating Council and the Kansas Hospital Preparedness Planning Committee shall serve until August 31, 2003. Such appointments may be extended at the Governor's discretion should Federal programs change.

10. This order supersedes Executive Order No. 02-01. This document shall be filed with the Secretary of State as Executive Order No. 02-02 and is effective immediately.

THE GOVERNOR'S OFFICE

Date 3/29/02

Exhibit 21-68