Regular Meeting, July 17, 2002

### VOTE

| | |
|---|---|
| Commissioner Betsy Gwin | Aye |
| Commissioner Tim Norton | Aye |
| Commissioner Thomas Winters | Aye |
| Commissioner Carolyn McGinn | Absent |
| Chairman Ben Sciortino | Aye |

**Chairman Sciortino** said, "Next item."

5. **AGREEMENT WITH UKSMW MEDICAL PRACTICE ASSOCIATION TO PROVIDE AN INFECTIOUS DISEASE CONTROL CONSULTATIVE PROGRAM.**

**Ms. Gearring-Anderson** said, "This agreement also provides a medical consultant. However, this one is for a Tuberculosis clinic and this consultant will provide one hour a week on-site and provision of medical consultation services. However, this person is available, or this medical consultant is available during regular office hours, if needed for consultation.

We pay $662.02 monthly for this medical consultant from the University of Kansas School of Medicine, Wichita Medical Practice Association. We're requesting your approval of this contract and authorization of the Chairman to sign."

**Chairman Sciortino** said, "Thank you. Any comments on this item? If not, what's the will of the Board?"

### MOTION

Commissioner Winters moved to approve the Agreement and authorize the Chairman to sign.

Commissioner Gwin seconded the Motion.

There was no discussion on the Motion, the vote was called.

22–68

Exhibit B