# BOARD OF SEDGWICK COUNTY COMMISSIONERS
## PROCEEDINGS

### REGULAR MEETING, JULY 31, 2002

2. **CONTRACT WITH KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT PROVIDING IMPLEMENTATION OF BIOTERRORISM PLANNING AND PREPAREDNESS.** Presented by Cindy Burbach, Director of Health Surveillance and Disease Prevention.

   **RECOMMENDED ACTION:** Approve the Contract and authorize the Chairman to sign.

N. **SHERIFF'S DEPARTMENT.** Presented by Terrilee Jones, Sargeant, Community Liaison Unit.

   1. **GRANT APPLICATION TO KANSAS DEPARTMENT OF TRANSPORTATION, BUREAU OF TRAFFIC SAFETY (KDOT) FOR FUNDING OF A SOBRIETY CHECKPOINT PROGRAM.**

      **RECOMMENDED ACTION:** Approve the Grant Application and authorize the Chairman to sign all necessary documents, including the grant award agreement containing substantially the same terms and conditions as this Application.

   2. **GRANT APPLICATION TO KDOT FOR FUNDING OF A KANSAS CLICKS SPECIAL TRAFFIC ENFORCEMENT PROGRAM.**

      **RECOMMENDED ACTION:** Approve the Grant Application and authorize the Chairman to sign all necessary documents, including the grant award agreement containing substantially the same terms and conditions as this Application.

23-68

Exhibit C