▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ WESLEY MEDICAL CENTER    BILLING DATE    PAGE  3    00323
GUARANTOR NO:                  P O BOX 403101           01/28/03
PATIENT:                       ATLANTA, GA 30384-3101
DAVIS CARLA ▓▓▓▓               800-783-6941             ADMITTED    DISCHARGED
                                                        01/23/03    01/25/03

| DATE OF | BATCH | | F | | NDC/CPT-4/ | | | |
| SERVICE | REF | DEPT | S | PROC | HCPCS | QTY SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | | | | SUBTOTAL: | 524.00 |
| 301-LAB-CHEMISTRY | | | | | | | |
| 12303 | 23B585 | 0776 | | 017410 | 82803 | 1 BG WITH CALC O2 SAT CO | 148.00 |
| 12303 | 23B585 | 0776 | | 017410 | 82803 | 1 BG WITH CALC O2 SAT CO | 148.00 |
| | | | | | | SUBTOTAL: | 296.00 |
| 305-LAB-HEMATOLOGY | | | | | | | |
| 12303 | 23B501 | 0776 | | 004135 | 85025 | 1 CBC PLATELET AUTO DIFF | 94.00 |
| | | | | | | SUBTOTAL: | 94.00 |
| 636-DRUGS-DETAIL CODE | | | | | | | |
| 12303 | 23B510 | 0712 | | 008130 | J3010 | 1 FENTANYL 2ML INJECTION | 73.73 |
| 12303 | 23B510 | 0712 | | 008130 | J3010 | 1 FENTANYL 2ML INJECTION | 73.73 |
| 12303 | 23B535 | 0712 | | 008130 | J3010 | 1 FENTANYL 2ML INJECTION | 73.73 |
| | | | | | | SUBTOTAL: | 221.19 |
| 720-DELIVEROOM-LABOR | | | | | | | |
| 12303 | 23B599 | 0708 | | 018636 | | 1 AFTER CARE 2 (0-6 HR) | 679.00 |
| | | | | | | SUBTOTAL: | 679.00 |
| 721-LABOR | | | | | | | |
| 12303 | 23B599 | 0708 | | 018631 | | 1 BEFORE CARE 2 (7-18 HR | 1253.00 |
| | | | | | | SUBTOTAL: | 1253.00 |
| 722-DELIVERY ROOM | | | | | | | |
| 12303 | 23B599 | 0708 | | 018642 | | 1 VAGINAL DELIVERY | 2571.00 |
| | | | | | | SUBTOTAL: | 2571.00 |
| | | | | | | TOTAL ANCILLARY CHARGES | 8155.29 |
| | | | | | | TOTAL CHARGES | 9696.29 |
| | | | | | | PAYMENTS | .00 |
| | | | | | | ADJUSTMENTS | .00 |
| | | | | | | BALANCE | 9696.29 |

*Handwritten annotations:* "Exhibit D"; "24-68"; "Drug Toxicity of Pregnant Victim"; bracket marking the three FENTANYL 2ML INJECTION lines.

THANK YOU FOR CHOOSING US FOR YOUR HEALTHCARE NEEDS.
BENEFITS ASSIGNED - TAX ID# 621762545