Exhibit E



25 – 68

Exhibit E



26—68