```
█████O:                    WESLEY MEDICAL CENTER    BILLING DATE    PAGE   1    00323
█████                      P O BOX 403101           01/28/03
GUARANTOR NO:              ATLANTA, GA 30384-3101
PATIENT:                   800-783-6941             ADMITTED   DISCHARGED
DAVIS CARLA BROCHEY                                 01/23/03   01/25/03


BILL TO:
    DAVIS CARLA █████                   INPATIENT                        FC=13
    █████                               ADMIT THRU DISCHARGE CLAIM
    WICHITA         KS
    █████
```

| DATE OF SERVICE | ATT PHYS | FC | ROOM | AC | SERV CODE | REV CODE | DEPT | ROOM AND CARE | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 01/23/03 | 699 | 13 | 32011 | S | OB | 122 | 0708 | 1 DAYS AT 763.00 | 763.00 |
| 01/24/03 | 699 | 13 | 33121 | P | OB | 110 | 0660 | 1 DAYS AT 778.00 | 778.00 |
|  |  |  |  |  |  |  |  | TOTAL ROOM AND CARE | 1,541.00 |

| DATE OF SERVICE | BATCH REF | F DEPT | S PROC | NDC/CPT-4/ HCPCS | QTY SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|
| **250-PHARMACY** | | | | | | |
| 012303 | 24B622 | 0712 | 006888 | 78005303 | 1 METHYLERGON 0.2MG INJ | 68.37 |
| 012303 | 23B510 | 0712 | 007192 | 15740520 | 1 AMPICILLIN 2GM/NS 100M | 113.35 |
| 012303 | 23B535 | 0712 | 009545 | 15740420 | 1 AMPICILLIN 1GM INJECTI | 65.98 |
| 012303 | 23B587 | 0712 | 009545 | 15740420 | 1 AMPICILLIN 1GM INJECTI | 65.98 |
| 012303 | 23B510 | 0712 | 011124 | 74115902 | 1 BUPIV 0.25% 50ML SYRIN | 81.07 |
| 012303 | 23B510 | 0712 | 011191 | 74115902 | 1 BUPIV 0.125% 50ML SYR | 80.77 |
| 012303 | 23B535 | 0712 | 011191 | 74115902 | 1 BUPIV 0.125% 50ML SYR | 80.77 |
| 012303 | 23B587 | 0712 | 011191 | 74115902 | 1 BUPIV 0.125% 50ML SYR | 80.77 |
| 012303 | 23B510 | 0712 | 011272 | 74428202 | 1 LIDOCAINE 2% 10ML SYRI | 64.27 |
| 012303 | 23B567 | 0712 | 011272 | 74428202 | 1 LIDOCAINE 2% 10ML SYRI | 64.27 |
| 012303 | 23B587 | 0712 | 011272 | 74428202 | 1 LIDOCAINE 2% 10ML SYRI | 64.27 |
| 012303 | 23B463 | 0712 | 026496 | 186027613 | 1 LIDOCAINE 1% 2 ML VIAL | 65.17 |
|  |  |  |  |  | SUBTOTAL: | 895.04 |
| **258-IV SOLUTIONS** | | | | | | |
| 012303 | 23B591 | 0712 | 011041 | 11 | 1 D5LR/PIT 20UN 1000 ML | 212.54- |
| 012303 | 23B510 | 0712 | 011041 | 11 | 1 D5LR/PIT 20UN 1000.ML | 212.54 |
| 012303 | 23B463 | 0712 | 013037 | 338012504 | 1 D5LR 1000ML | 176.70 |
| 012303 | 23B567 | 0712 | 013037 | 338012504 | 1 D5LR 1000ML | 176.70 |
| 012303 | 23B463 | 0712 | 013062 | 338011704 | 1 LR 1000ML | 175.18 |
| 012303 | 23B510 | 0712 | 013062 | 338011704 | 1 LR 1000ML | 175.18 |
| 012303 | 23B511 | 0712 | 013062 | 338011704 | 1 LR 1000ML | 175.18 |

THANK YOU FOR CHOOSING US FOR YOUR HEALTHCARE NEEDS.
BENEFITS ASSIGNED - TAX ID# 621762545

*[Handwritten annotations: "Duty of care of pregnant victim", "Exhibit", "27-68"]*

```
GUARANTOR NO:                WESLEY MEDICAL CENTER    BILLING DATE    PAGE   2    00323
PATIENT:                     P O BOX 403101           01/28/03
DAVIS CARLA                  ATLANTA, GA 30384-3101
                             800-783-6941             ADMITTED    DISCHARGED
                                                      01/23/03    01/25/03


DATE OF   BATCH       F          NDC/CPT-4/
SERVICE   REF     DEPT S PROC    HCPCS         QTY SERVICE DESCRIPTION           CHARGES

012303  23B567    0712  013062   338011704      1 LR. 1000ML                      175.18
012303  23B463    0712  025678          11      1 ████████████████████UN/         207.05
                                                         SUBTOTAL:               1261.17
   259-DRUGS-OTHER
012303  24B633    0712  006889   78005406       1 METHYLERGON 0.2MG TAB            11.68-
012303  24B622    0712  006889   78005406       1 METHYLERGON 0.2MG TAB            11.68
012303  23B587    0712  009910   63481062375    2 PERCOLET TABLET                  33.54
012403  24B622    0712  005104   904518761      1 IBUPROFEN 800MG TABLET           11.21
012403  24B672    0712  005104   904518761      1 IBUPROFEN 800MG TABLET           11.21
012403  24B726    0712  005104   904518761      1 IBUPROFEN 800MG TABLET           11.21
012403  24B758    0712  006489   63739008901    1 DOCUSATE NA 100MG CAP            10.71
012403  24B622    0712  007103   904505960      1 WITCH HAZEL PADS 40'S             6.87
012403  24B622    0712  009910   63481062375    2 PERCOLET TABLET                  33.54
012403  24B671    0712  009910   63481062375    2 PERCOLET TABLET                  17.94
012403  24B674    0712  009910   63481062375    1 PERCOLET TABLET                  16.77
012403  24B700    0712  009910   63481062375    1 PERCOLET TABLET                  16.77
012403  24B727    0712  009910   63481062375    2 PERCOLET TABLET                  17.94
012403  24B758    0712  009910   63481062375    2 PERCOLET TABLET                  17.94
012503  25B775    0712  005104   904518761      1 IBUPROFEN 800MG TABLET           11.21
012503  25B802    0712  005104   904518761      1 IBUPROFEN 800MG TABLET           11.21
012503  25B786    0712  005104   904518761      1 IBUPROFEN 800MG TABLET           11.21-
012503  25B775    0712  005104   904518761      1 IBUPROFEN 800MG TABLET           11.21
012503  25B775    0712  009910   63481062375    2 PERCOLET TABLET                  17.94
012503  25B782    0712  009910   63481062375    2 PERCOLET TABLET                  17.94
012503  25B804    0712  009910   63481062375    2 PERCOLET TABLET                  17.94
                                                         SUBTOTAL:                281.89
   270-MED-SUR SUPPLIES
012303  23B599    0754  000442                  1 OXYGEN IN RR DR.                 61.00
012403  24B723    0718  002023                  1 PADS OB LG    PKG/12             10.00
012403  24B723    0718  002172                  1 SANITARY     PANTY LG             8.00
                                                         SUBTOTAL:                 79.00
   272-STERILE SUPPLY
012303  23B533    0718  001152                  1 CATH INTRA UTERINE FOU          274.00
012303  23B533    0718  001534                  1 KIT I.V.      START MED          20.00
012303  23B533    0718  002349                  2 TR CATH STR   URETHRAL           50.00
012303  24B723    0718  002349                  1 TR CATH STR   URETHRAL           25.00
012303  24B723    0718  015866                  1 TR CONTINUE   EPIDURAL          133.00
012303  23B533    0718  039758                  1 CATH ACCUV 18X1 1/4              11.00
012303  23B533    0718  039758                  1 CATH ACCUV 18X1 1/4              11.00


THANK YOU FOR CHOOSING US FOR YOUR HEALTHCARE NEEDS.
BENEFITS ASSIGNED - TAX ID# 621762545
```

Exhibit

28-68

F