

Exhibit G

There is a newer version of the Kansas Statutes

View our newest version here

# 2006 Kansas Code - 21-3440

21-3440. **Injury to a pregnant woman.** (a) Injury to a pregnant woman is injury to a pregnant woman by a person other than the pregnant woman in the commission of a felony or misdemeanor causing the pregnant woman to suffer a miscarriage as a result of that injury.

(b) As used in this section, "miscarriage" means the interruption of the normal development of the fetus, other than by a live birth, resulting in the complete expulsion or extraction from a pregnant woman of a product of human conception.

(c) Injury to a pregnant woman in the commission of a felony is a severity level 4, person felony. Injury to a pregnant woman in the commission of a violation of K.S.A. 21-3412, subsection (a)(1) of K.S.A. 21-3413, subsections (b)(1) and (b)(2) of K.S.A. 2005 Supp. 21-3412a or K.S.A. 21-3517, and amendments thereto, is a severity level 5, person felony. Injury to a pregnant woman in the commission of a misdemeanor other than a violation of K.S.A. 21-3412, subsection (a)(1) of K.S.A. 21-3413, subsections (b)(1) and (b)(2) of K.S.A. 2005 Supp. 21-3412a or K.S.A. 21-3517, and amendments thereto, is a class A person misdemeanor.

(d) The provisions of this section shall be part of and supplemental to the Kansas criminal code.

History: L. 1995, ch. 195, § 1; L. 2001, ch. 177, § 7; July 1.

29-68

Disclaimer: These codes may not be the most recent version. Kansas may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness,

Children's Mercy Hospital and Hall Family Outpatient Center
2401 Gillham Road, KCMO 64108
(816) 234.3000

# Discharge Instruction Record

Children's Mercy Hospitals and Clinics would like to thank you for allowing us to assist you with your healthcare needs. Read and follow the Discharge Instructions outlined below carefully. Notify your physician if the patient's condition worsens or you have any questions or concerns.

| Name: Davis, Jalen Darnell | Gender: Male |
|---|---|
| DOB: | Age: 5 Years |
| Address: 901 N Belmont Wichita KS 67208 | Phone: (316)650-0000 |
| PCP: Mourning MD , Kathleen | MRN: 01134628 |
| PCP Phone: 816-983-6691 | FIN: 302662101 |
| Discharged: | Discharge Disposition: |

Discharge Diagnosis: Altered mental status

MEASUREMENTS:
Admit weight: 26.6 kg
*Last charted:*
Weight: 26.9 kg
Height: 114 cm
BSA: 0 m2

*[handwritten: Exhibit G]*

ALLERGIES: Other Allergy (See Comments); fentanyl; bupivacaine; penicillin; ampicillin

MEDICATIONS:
This is a current list of medications which should be continued when Davis, Jalen Darnell goes home. Please work closely with your primary care provider if you have any questions about this list. Keep an accurate list of Davis, Jalen Darnell's medications with you at all times.

Fill New Prescriptions:
montelukast (montelukast 4 mg oral tablet, chewable) 1 tablet Oral every day

*[handwritten: 30-68]*

Inpatient Discharge Form

08/14/08 11:54 CDT Performed by Grimm MD, Chelsey

Entered on 08/14/08 11:55 CDT

Updated on
08/14/08 14:24 CDT by Halderman , Kelly M

Name Davis, Jalen Darnell
MRN 01134628

Aug/14/2008 14:52:20

**PRIMARY CARE ASSOCIATES, LLC**
520 N. Carriage Parkway
Wichita, Kansas 67208
Phone: (316) 684-2851
Fax: (316) 683-5239

Physician: Paul Davis, MD                Exam Date: 01-28-2003

NAME: DAVIS, CARLA                       X-Ray #:
DOB:

CHEST X-RAY:
Indication:

No prior films for comparison were available at the time of this reading.

PA and lateral projections of the lung fields reveal the diaphragms to be of normal contour. Some blunting of the gutters is noted, which may represent minimal fluid. Cardiac enlargement is noted. No mediastinal widening is seen. The lung fields demonstrate satisfactory expansion but do demonstrate evidence of mild pulmonary congestion. No soft, active pulmonary infiltrates were seen. The bony thorax appears to be normal.

CONCLUSION:
1. Cardiomegaly with mild pulmonary congestion along with perhaps a small amount of fluid involving the lung gutters.

*[signature]*

Leonard Borland, DO
Great Plains Imaging, LLC

D: 01-30-2003  T: 01-30-2003 - ld

Exhibit G

31 — 68