## WESLEY MEDICAL CENTER
550 N. Hillside / Wichita, KS 67214-4976

LAST OUTPATIENT VISIT DATE:
LAST INPATIENT VISIT DATE:

ACCOUNT #: [redacted]
ROOM/BED: 2201-A
TYPE: INPATIENT
ADMIT SOURCE: 1
LOCATION/SERVICE: 2WH   NB
ROOM PREFERENCE: B
ADMIT DATE/TIME: 01/23/03  1921
FINANCIAL CLASS: BLUE CROSS
PRIORITY: NEWBORN
MEDICAL RECORD [redacted]

**PATIENT**
NAME: DAVIS, BOY
STREET: 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208  USA
HOME PHONE: 316-691-8804

DATE OF BIRTH: 01/23/03
SEX: M
SOCIAL SECURITY #: 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
MARITAL STATUS: SINGLE
AGE: 00M
RACE: B
CONFIDENTIAL:
X-RAY #:

**PATIENT EMPLOYER**
NAME: MINOR/CHILD
STREET: NA
CITY/STATE/ZIP: NA, XX 99999
PHONE: 999-999-9999
OCCUPATION:

**PERSON TO NOTIFY**
NAME: [redacted]
STREET: [redacted]
CITY/STATE/ZIP: [redacted]
PHONE: [redacted]
RELATIONSHIP: [redacted]
WORK PHONE: [redacted]

**GUARANTOR**
NAME: DAVIS, CARLA [redacted]
STREET: 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208  USA
PHONE: 316-691-8804
RELATIONSHIP: MOTHER
SOCIAL SECURITY: [redacted]

**NEXT OF KIN**
NAME: DAVIS, CARLA [redacted]
STREET: 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208  USA
PHONE: 316-691-8804
RELATIONSHIP: MOTHER
WORK PHONE: 999-999-9999

**GUARANTOR EMPLOYER**
NAME: [redacted]
STREET: NA
CITY/STATE/ZIP: NA, XX 99999
PHONE: 999-999-9999
OCCUPATION:

**OCCURRENCE INFORMATION**
ACCIDENT DATE/TIME:
JOB RELATED:
DATE OF ONSET: 01/23/03

**INSURANCE:** BLUE CROSS MARYLAND

ADMIT PHYSICIAN: Spade, Dee A  DO   SPADDEA
REASON FOR VISIT:
COMMENT: NEWBORN

ATTEND PHYSICIAN: Spade, Dee A  DO   SPADDEA
LATEX SENSITIVITY:
USER: WADM.SLP

ADMITTING DIAGNOSIS: term singleton male   vag. del.
PRINCIPAL DIAGNOSIS (REASON FOR ADMISSION AFTER STUDY): term singleton male   vag. del.
OTHER DIAGNOSIS (COMPLICATIONS AND/OR COMORBIDITIES):

CONFIDENTIAL NOT FOR RE-RELEASE

Exhibit H

PRINCIPAL PROCEDURE (USUALLY THE ONE MOST RELATED TO PRINCIPAL Dx): Circumcision
OTHER PROCEDURES: 32-68
CONSULTANTS:

DISCHARGE DATE: 1/25/03
PATIENT DAYS: 2
DRG: 391
ATTENDING PHYSICIAN SIGNATURE: /s/ (Spade)
DATE SIGNED: 1/25/03

CCI:
ACCT #: W00016118951
UNIT #: W0008316047
ADT DT: 012303
DAVIS, BOY

INPATIENT RECORD



ACCT#: ▇▇▇▇▇▇▇▇   SEX: M
DAVIS, JALEN DARNELL   DOB: ▇▇▇▇▇▇
MR#: ▇▇▇▇▇▇   LAB ORDER PLACED: ____
DATE: ____   TIME: ____   INITIALS: ____

**Denied Disclosure** ✗

**Children's Mercy**
HOSPITALS & CLINICS
www.childrens-mercy.org

8071-176 MR 04/03

*[handwritten margin: CASE# 6:23-CV-1010 JAR-KGG]*

You recently requested information from The Children's Mercy Hospital.

☐ 1. The request was denied ☐ in part or ☐ in whole by the Medical Records Department, and is not appropriate for review to reconsider access to information, due to the following reason(s):

   ☐ a. The information you requested is not a part of the legal medical record and is not available for disclosure.

   ☐ b. The information you requested was compiled in reasonable anticipation for use in civil, criminal, or administrative action proceedings and is not appropriate for disclosure.

   ☐ c. The patient is an inmate, and access to the information would jeopardize the health, safety, security, custody, or rehabilitation of the individual or other inmates, or the safety of an officer, employee, or other person at the correctional institution responsible for transporting the inmate.

   ☐ d. An agreement was documented to temporarily deny access to the information while the patient is part of a research project that includes treatment for as long as the research is in progress.

   ☐ e. The patient's information is protected by the federal Privacy Act regarding drug and alcohol, psychiatric, and HIV records, or is protected by state laws regarding access to information for minors.

   ☐ f. The protected health information was obtained under a promise of confidentiality from someone other than a healthcare provider, and access to the requested information would likely reveal the source of information.

☒ 2. The request was denied ☐ in part or ☒ in whole by a licensed healthcare professional, but may be appropriate for review to reconsider access to information, due to the following reason(s):

   ☐ a. Access to the information requested is likely to endanger the life or physical safety of the patient or another person.

   ☐ b. Access to the information may cause substantial harm to a person identified in the record unless the person identified is a healthcare provider.

   ☒ c. The request is made by the patient or patient's personal representative, and access to the information is likely to cause substantial harm to the individual or another person.

Type of information withheld includes (e.g. demographics, progress notes, social work notes):   Date
_ALL INFO. IN MEDICAL RECORD_   __/__/__

The individual or legal representative to whom access was denied:   Relationship
_CARLA & DARRELL DAVIS_   _PARENTS_

Requests to reconsider access to information withheld by a licensed healthcare professional must be submitted in writing to:

EXHIBIT H

Medical Records Director — Jill Harrelson
The Children's Mercy Hospital
2401 Gillham Road
Kansas City, MO 64108

33-68

The designated reviewer will provide written notice of final determination to the requestor.

Signature of Healthcare [Professional] _[signature]_, MD   Physician   8.14.08



# WESLEY MEDICAL CENTER
550 N. Hillside / Wichita, KS 67214-4976

LAST OUTPATIENT VISIT DATE: 11/27/05  ER
LAST INPATIENT VISIT DATE: 01/23/03

ACCOUNT #: ███
ROOM/BED:
TYPE:
ADMIT SOURCE: EMERGENCY ROOM
LOCATION/SERVICE: EDS
ROOM PREFERENCE:
12/10/05  0700
ADMIT DATE/TIME: 12/10/05  0700
FINANCIAL CLASS: BLUE CROSS
PRIORITY: EMERGENCY

**PATIENT**
NAME: DAVIS, CARLA BROCHEY
STREET: 901 N BELMONT
STREET:
CITY/STATE/ZIP: WICHITA, KS 67208   USA
HOME PHONE: 316-691-8804

**PATIENT**
DATE OF BIRTH: 09/07/71     AGE: 34
SEX: F                       RACE: B
MARITAL STATUS: MARRIED      CONFIDENTIAL:

X-RAY #: WR00574444

**PATIENT EMPLOYER**
NAME:
STREET:
CITY/STATE/ZIP: WICHITA, KS 67208
PHONE: 316-691-8804   OCCUPATION:

**PERSON TO NOTIFY**
NAME: PT, STS NONE
STREET:
CITY/STATE/ZIP: , KS 99999    USA
PHONE:             WORK PHONE:
RELATIONSHIP: PATIENT

**GUARANTOR**     RELATIONSHIP: PATIENT
NAME: DAVIS, CARLA BROCHEY
STREET: 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208   USA
PHONE: 316-691-8804

**NEXT OF KIN**   RELATIONSHIP:
NAME:
STREET: 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208   USA
PHONE: 316-691-8804   WORK PHONE: 316-691-8804

**GUARANTOR EMPLOYER**
NAME:
STREET:
CITY/STATE/ZIP: WICHITA, KS 67208
PHONE: 316-691-8804   OCCUPATION:

**OCCURRENCE INFORMATION**
RESERV TAKEN DATE:
ACCIDENT DATE/TIME:
JOB RELATED:
DATE OF ONSET: 12/09/05

**INSURANCE**          POLICY NUMBER    GROUP NUMBER    AUTHORIZATION    SUBSCRIBER
BLUE CROSS CHOICE CARE                                                    DAVIS, CARLA B

**ED PHYSICIAN** Staats, Rodney M  MD   ESPASTAAT
REASON FOR VISIT: COUGHING UP BLOOD/CHEST PAIN/DIZZY
COMMENT

**FAMILY PHYSICIAN** Klingman, Diane D  MD   KLINDID
ANIMAL BITE?:     ARRIVAL MODE: WALK IN    USER: WADM.KLV

CONFIDENTIAL
NOT FOR RE-RELEASE

CCI:

| CODING | ANALYSIS | CANCER REGIS. |
|--------|----------|---------------|

ACCT #: W00021810515
UNIT #: W088239066
ADM DT: 121005

DAVIS, CARLA BROCHEY

MR102(12/98)        EMERGENCY DEPT RECORD     WADM.KLV  VSETECKA, KENDRA  12/10/05  0802

Exhibit H
34-68



Case 6:23-cv-01010-JAR-KGG   Document 270-8   Filed 06/26/23   Page 4 of 4

# WESLEY MEDICAL CENTER
550 N. Hillside / Wichita, KS 67214-6976

LAST OUTPATIENT VISIT DATE: 01/18/97  CLI
LAST INPATIENT VISIT DATE: 01/23/03

ACCOUNT #: [redacted]
ROOM/BED:
TYPE: SDC
ADMIT SOURCE: PHYSICIAN REFERRAL
LOCATION/SERVICE: O2T
ROOM PREFERENCE:
ADMIT DATE/TIME: 02/04/05
FINANCIAL CLASS: BLUE CROSS
PRIORITY: ELECTIVE

**PATIENT**
NAME: DAVIS, CARLA BROCKEY
STREET: 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208  USA
HOME PHONE: 316-691-8804

DATE OF BIRTH: 09/07/71
SEX: F
MARITAL STATUS: MARRIED
AGE: 33
RACE: B
CONFIDENTIAL:
X-RAY

**PATIENT EMPLOYER**
NAME: HOMEMAKER
STREET: NA
CITY/STATE/ZIP: NA, XX 99999
PHONE: 999-999-9999
OCCUPATION:

**PERSON TO NOTIFY**    RELATIONSHIP:
NAME: TARLETON, DAN/ANNIE
STREET: 1012 N TERRACE
CITY/STATE/ZIP: WICHITA, KS 67208  USA
PHONE: 316-687-4396  WORK PHONE:

**GUARANTOR**    RELATIONSHIP: PATIENT
NAME: DAVIS, CARLA
STREET: 901 N BELMONT
CITY/STATE/ZIP: WICHITA, KS 67208  USA
PHONE: 316-691-8804

**NEXT OF KIN**    RELATIONSHIP: H[redacted]
NAME: [redacted]
STREET: [redacted]
CITY/STATE/ZIP: W[redacted]  USA
PHONE: 316-691-8804

**GUARANTOR EMPLOYER**
NAME: HOMEMAKER
STREET: NA
CITY/STATE/ZIP: NA, XX 99999
PHONE: 999-999-9999
OCCUPATION:

**OCCURRENCE INFORMATION**
RESERV TAKEN DATE: 01/28/05
ACCIDENT DATE/TIME:
JOB RELATED:
DATE OF ONSET: 01/28/05

**INSURANCE**
BLUE CROSS CHOICE CARE
SUBSCRIBER: DAVIS, CARLA B

**ADMIT PHYSICIAN**
REASON FOR VISIT: CHEST PAIN
COMMENT: HEART CATH 0900

**ATTEND PHYSICIAN**: Francisco, Dan A  MD    FRANDAA
**REFER PHYSICIAN**:
LATEX SENSITIVITY: Y    USER:

CONFIDENTIAL
NOT FOR RE-RELEASE
CCI.

ASSEMBLY | CODING | ANALYSIS | FINAL CHECK | CA

PROCEDURES / PHYSICIAN ORDERS / PROGRESS NOTES:

Cardiac catheterization — see procedure note

Exhibit # 35-68

DIAGNOSIS: Chest Pain; Abnormal MPI
CONDITION ON DISCHARGE: Stable
DATE:   TIME:    ☒ DISMISSED  ☐ ADMITTED
PHYSICIAN SIGNATURE:
STAFF SIGNATURE:

OUTPATIENT RECORD