02/10/2005 14:13 FAX 0160974     DR FRANCISCO           → VMED EFAX     ☒009/012
To: Dan A. Francisco, M.D.   From: Wesley Medical Center   Page 1 of 1

# WESLEY
## Medical Center

## INVASIVE CARDIOVASCULAR REPORT

Page: 1

**NAME:** Davis, Carla

**ADMISSION DATE:** 02/04/2005
**DOP:** 02/04/2005

*[Handwritten annotations: "NO Consent", "Unknown Device Placed", "Weapon of Mass Destruction"]*

**INDICATIONS:**
1. Chest pain.
2. Abnormal noninvasive testing.

**PROCEDURES:**
1. Left heart catheterization.
2. Left ventriculogram.
3. Coronary arteriogram.
4. An intravascular device was placed.

**DESCRIPTION OF PROCEDURE:**
The patient was brought to the catheterization laboratory where the right groin was prepped and draped in the usual manner. The right femoral artery was percutaneously entered and a pigtail catheter was inserted percutaneously and used to perform the left ventriculogram without problems. At this point, the catheter was exchanged for a 6-French left Judkins catheter whereupon views of the left coronary artery were obtained via power-injected contrast in the left anterior oblique and right anterior oblique positions without problems. Ultimately a right Judkins catheter was used to catheterize the right coronary artery and similar views were obtained of this vessel. All catheters were then removed and hemostasis was assured. The patient was returned to the ward in good condition.

**HEMODYNAMIC DATA:**
The left ventricular pressure is 123 with no aortic valve gradient. The aorta pressure is 125/64.

**LEFT VENTRICULOGRAM:**
The left ventricular systolic function was normal. There was ventricular ectopy during the contraction-injection. However, the left ventricular ejection fraction is estimated to be greater than 60%.

**CORONARIES:**
The coronaries were large calibered, right dominant, and normal. There was no calcification of luminal plaquing. There were no flow-restricting lesions.

**IMPRESSION:**
1. Normal coronary arteries.
2. Normal left ventricular systolic function.

**COMMENTS:**
I will check the right groin in 5-7 days. We will review her previous testing and determine whether we need to do a VQ lung scan, gastrointestinal evaluation, etc. She also complains of some right calf discomfort that I doubt is significant and further doubt that it could represent renal occlusion disease although it was considered.

Dan A. Francisco, M.D.
DAF/bjs/D: 02/04/2005
962170/001657064
cc: Dan A. Francisco, M.D.

*[Handwritten: "Exhibit I"]*

Pt. Name: Davis, Carla
Admit Date: 02/04/2005
Bill #:

BD:
Pt. Type: S
INVASIVE CARDIOVASCULAR REPORT
Send To: Dan A. Francisco, M.D.

MR#:
RM#:
Wesley Medical Center
DRAFT COPY

FEB 10 2005

SS

*[Handwritten: "36 — 68"]*