Sedg. Co. Commissioners

**Regular Meeting, July 31, 2001**

**M.   HEALTH DEPARTMENT.**

   **1.   CONTRACT WITH THE UNIVERSITY OF KANSAS SCHOOL OF MEDICINE-WICHITA MEDICAL PRACTICE ASSOCIATION TO PROVIDE HEALTH OFFICER SERVICES.**

**Mr. Buchanan** said, "This is kind of the Jerry and Bill tag team. The resolution authorizes me to appoint a medical officer, the health officer. I have done that and we have . . . and Jerry has negotiated the contract with the individual. This is a relationship that we have on a part-time basis with the K.U. Med School and this is an agreement with the individual but we will be getting the full force and effect of all the specialists within the K.U. Med School, so that if there's public health issues about specialties, we have at our disposal all those specialties that are there.

This is a unique . . . It's not unique around the country, but it is not very often used where the public health department and a med school are in partnership. There are only a handful that are doing it. This seems like just a beginning of a tremendous relationship with Sedgwick County and University of Kansas School of Medicine. The synergy and the energy that we both provide will be of assistance to each and we're enthusiastically recommending it. And Jerry has the details of the contract."

**Chair Pro Tem Gwin** said, "Okay. Mr. Frantz."

**Mr. Gerald Frantz**, Interim Director, Health Department, greeted the Commissioners and said, "Yes, it begins tomorrow, August the 1st and we've set it up so that it will be for one year. We also have periods in there, I think, at six, twelve and eighteen months to reevaluate exactly how the contract is going. There's tremendous enthusiasm on the part of our health department staff and the folks at K.U. Med Center for this relationship.

Of course, Sedgwick County Health Department is right next door to the K.U. Med School. They've been working together, some times better than others, over a period of years and right now the relationship has never been stronger. The doctor that will actually be the one that will send his name off to KDHE as the health officer, his name is Dr. Doren Frendrickson, his specialty is in pediatrics. In the med school, his specialty there is statistics and preventive medicine and so he has an excellent background in the areas of epidemiology as well.

Exhibit

43-68

### Regular Meeting, July 31, 2001

five areas are listed in the agenda item that you received in writing. To put it in regular folks language, we're talking about overall coordination and planning under the first one for bio-terrorism response and other public health emergency.

For the second focus area we're talking about early detection and reporting of adverse health effects events. We've talked about . . . come to you before about what we're doing in disease surveillance but essentially when you're talking about bio-terrorism preparedness, you're talking about the known and the unknown and if we know, on a surveillance basis, on an on-going basis what we've got out there, we will be able to respond much more rapidly.

The third focus area is a health alert network and communications and information technology system to prepare for and to respond to on a community-wide basis obviously takes communications technology and this is in ongoing ways and then when and if an event should occur, at that time communications efforts. So some of this we're already doing but obviously some of it needs to be improved upon.

Risk communication and health information dissemination is another biggie and by that they're talking about public information. It doesn't help for us to have all kinds of plans in place if the public doesn't know how to respond on their individual and family level. And so that, on an ongoing basis, to prepare them ahead of time, is one of the efforts of this focus area. Another is at the time of an event, who goes on television, who goes on six different language levels to say to people exactly what to do and where to show up.

One example of what we already got in place is the design of a signage, an emblem that if you can compare it to the fallout shelter signages that you see on schools and so forth from past days but basically everyone knew what that meant and what that is used for and how to respond to that. This is the kind of signage that we were going to use for public information as to where distribution centers for medications would be, if we're talking about pharmaceutical distribution in a mass way, people would be alerted to this kind of signage and to be able to use it to show up at the right place.

The last focus area is for education and training and this is not the same as the public information. It's for professionals, mostly. To say that folks didn't get out of med school and nursing school knowing how to deal with Anthrax is an understatement so there's lots of training that has to take place of the professionals and that's going to take time and effort and money and this is the final focus area of this money.

So basically what we're asking you to do is to approve the contract that we can then receive this money and plan and budget for its use and we will be back to you later when we've got more of a budget and more of expenditures but right now all they're asking for is the contract to be signed.

44—88

Exhibit
K

**Regular Meeting, July 17, 2002**

<u>VOTE</u>

| | |
|---|---|
| Commissioner Betsy Gwin | Aye |
| Commissioner Tim Norton | Aye |
| Commissioner Thomas Winters | Aye |
| Commissioner Carolyn McGinn | Aye |
| Chairman Ben Sciortino | Absent |

Exhibit

X

**Chair Pro Tem Gwin** said, "Thanks, Marilyn. Next item please."

**H.    REGIONAL FORENSIC SCIENCE CENTER (RFSC).**

 1.    **AGREEMENT WITH UNIVERSITY OF KANSAS SCHOOL OF MEDICINE-WICHITA (UKSMW) FOR RFSC TO PROVIDE FORENSIC PATHOLOGY TRAINING FOR UNDERGRADUATE MEDICAL STUDENTS.** 

**Dr. Mary Dudley**, M.D., District Coroner/Chief Medical Examiner, greeted the Commissioners and said, "The first item is to extend the agreement that we have with the University of Kansas School of Medicine, Wichita for their students to rotate through our office. It's the third and fourth year medical students that come over and spend a week a two with us. Three of our staff are on the volunteer facility with the medical school, Dr. Oeberst, myself and Dr. Rohrig. And we have the agreement set up at this time to be open-ended, so we don't have to go back annually to have it renewed. And my recommended action is to approve the agreement and authorize the Chairman to sign."

**Chair Pro Tem Gwin** said, "Commissioner Winters has a question or a comment."

**Commissioner Winters** said, "Thank you. Dr. Dudley, can you make a couple of general comments maybe about your working relationship with the K.U. Med Center. It looks to me like that things are going pretty and there is a lot of synergy there between the organizations. Could you make a comment about that?"

**Dr. Dudley** said, "I think they're going very well. The dean of the medical school was on our advisory board and we are, physically, right across the street from the medical school and also from the Health Department and I really think, in the future, visualize the campus concept with the three agencies to work together. Especially since we've taken a more active roll over at the health department.

As I said, we help to teach the medical students and go over to their facility and also they come and

45-68

Sedg. Co. Commissioners

**Regular Meeting, July 31, 2001**



**M.      HEALTH DEPARTMENT.**

**1.      CONTRACT WITH THE UNIVERSITY OF KANSAS SCHOOL OF MEDICINE-WICHITA MEDICAL PRACTICE ASSOCIATION TO PROVIDE HEALTH OFFICER SERVICES.**

**Mr. Buchanan** said, "This is kind of the Jerry and Bill tag team. The resolution authorizes me to appoint a medical officer, the health officer. I have done that and we have . . . and Jerry has negotiated the contract with the individual. This is a relationship that we have on a part-time basis with the K.U. Med School and this is an agreement with the individual but we will be getting the full force and effect of all the specialists within the K.U. Med School, so that if there's public health issues about specialties, we have at our disposal all those specialties that are there.



This is a unique . . . It's not unique around the country, but it is not very often used where the public health department and a med school are in partnership. There are only a handful that are doing it. This seems like just a beginning of a tremendous relationship with Sedgwick County and University of Kansas School of Medicine. The synergy and the energy that we both provide will be of assistance to each and we're enthusiastically recommending it. And Jerry has the details of the contract."

**Chair Pro Tem Gwin** said, "Okay. Mr. Frantz."

**Mr. Gerald Frantz**, Interim Director, Health Department, greeted the Commissioners and said, "Yes, it begins tomorrow, August the 1st and we've set it up so that it will be for one year. We also have periods in there, I think, at six, twelve and eighteen months to reevaluate exactly how the contract is going. There's tremendous enthusiasm on the part of our health department staff and the folks at K.U. Med Center for this relationship.



Of course, Sedgwick County Health Department is right next door to the K.U. Med School. They've been working together, some times better than others, over a period of years and right now the relationship has never been stronger. The doctor that will actually be the one that will send his name off to KDHE as the health officer, his name is Dr. Doren Frendrickson, his specialty is in pediatrics. In the med school, his specialty there is statistics and preventive medicine and so he has an excellent background in the areas of epidemiology as well.

Exhibit K

46 – 68

**BOARD OF SEDGWICK COUNTY COMMISSIONERS**
**PROCEEDINGS**

**REGULAR MEETING, AUGUST 21, 2002**

**F.**   **GRANT APPLICATION TO U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES FOR FUNDING OF A MEDICAL RESERVE CORPS PROJECT TO BETTER PREPARE FOR EMERGENCIES AND PUBLIC HEALTH NEEDS, ESPECIALLY THOSE INVOLVING MEDICAL MASS CASUALTY MANAGEMENT.**  Presented by Gloria Vermie, Metropolitan Medical Response System Coordinator, Health Department.

**RECOMMENDED ACTION:**   Approve the Grant Application and authorize the Chairman to sign all necessary documents, including the grant award agreement containing substantially the same terms and conditions as this Application.

**G.**   **AGREEMENT WITH KANSAS DIVISION OF EMERGENCY MANAGEMENT PROVIDING FUNDING FOR SEDGWICK COUNTY'S LOCAL EMERGENCY MANAGEMENT PROGRAM.**  Presented by Randy Duncan, Director, Emergency Management Department.

**RECOMMENDED ACTION:**   Approve the Agreement and authorize the Chairman to sign.

**H.**   **AMENDMENTS (TWO) TO THE 2002 CAPITAL IMPROVEMENT PROGRAM (CIP).**  Presented by Pete Giroux, Senior Management Analyst, Budget Department.

**1.**   **DESIGN OF IMPROVEMENTS TO 111TH STREET SOUTH.**

**RECOMMENDED ACTION:**   Approve the CIP amendment.

**2.**   **UPGRADE OF FIRE ALARMS AND VOICE NOTIFICATION SYSTEM IN THE COURTHOUSE COMPLEX.**

**RECOMMENDED ACTION:**   Approve the CIP amendment.

**I.**   **ORGANIZATIONAL POSITION CHANGES.**  Presented by Doug Russell, Director, Division of Human Resources.

**RECOMMENDED ACTION:**   Approve the position changes.

47 - 68

Exhibit K

# BOARD OF SEDGWICK COUNTY COMMISSIONERS
# PROCEEDINGS

### REGULAR MEETING, JANUARY 30, 2002

---

**NEW BUSINESS**

F. **REGIONAL FORENSIC SCIENCE CENTER (RFSC).** Presented by Mary Dudley, M.D., District Coroner/Chief Medical Examiner.

    1. **AGREEMENT WITH MIDWEST TRANSPLANT NETWORK PROVIDING TERMS AND CONDITIONS FOR USE OF GRANT FUNDS FOR PHOTOGRAPHY ACTIVITIES RELATED TO TISSUE AND ORGAN PROCUREMENT.**

    **RECOMMENDED ACTION:**    Approve the Agreement and authorize the Chairman to sign.

    2. **ADDITION OF ONE PART-TIME PHOTOGRAPHY TECHNICIAN POSITION, RANGE 15, TO THE RFSC STAFFING TABLE.**

    **RECOMMENDED ACTION:**    Approve the addition to the RFSC Staffing Table.

    3. **AGREEMENT WITH UNIVERSITY OF KANSAS SCHOOL OF MEDICINE – WICHITA TO PROVIDE CLINICAL HEALTH TRAINING AT THE RFSC FOR UNDERGRADUATE MEDICAL STUDENTS.**

    **RECOMMENDED ACTION:**    Approve the Agreement and authorize the Chairman to sign.

G. **COMMUNITY HEALTH DEPARTMENT.** Presented by Charles Magruder, M.D., Director.

    1. **PARTICIPATION BY WESLEY MEDICAL CENTER IN THE LOCAL TRAUMA SYSTEM UNTIL RE-VERIFICATION AS A LEVEL 1 TRAUMA HOSPITAL IS COMPLETE.**

    **RECOMMENDED ACTION:**    Approve continued participation until re-verification is complete.

# BOARD OF SEDGWICK COUNTY COMMISSIONERS
# PROCEEDINGS

### REGULAR MEETING, JANUARY 30, 2002



**J.   DIVISION OF FINANCE.**

**ITEM J.1.** Presented by Marty Hughes, Revenue Manager.

**1.    GRANT APPLICATION TO BUREAU OF JUSTICE ASSISTANCE, FOR ELIGIBLE FUNDS UNDER THE STATE CRIMINAL ALIEN ASSISTANCE PROGRAM FOR FEDERAL GRANT YEAR 2002.**

**RECOMMENDED ACTION:**     Approve the Grant Application and authorize staff to submit.

**ITEM J.2.** Presented by Pete Giroux, Senior Management Analyst, Budget Department.

**2.    AMENDMENT TO THE 2002 CAPITAL IMPROVEMENT PROGRAM (CIP) TO INCLUDE CONSTRUCTION OF EQUIPMENT SHEDS AT PUBLIC WORKS' EAST YARD.**

**RECOMMENDED ACTION:**     Approve the CIP amendment.

**K.   RESOLUTION DESIGNATING AND CLASSIFYING NORTH 189TH CIRCLE WEST TO THE ATTICA TOWNSHIP SYSTEM.  DISTRICT #3.** Presented by David Spears, Director/County Engineer, Public Works.

**RECOMMENDED ACTION:**     Adopt the Resolution.

**L.   REPORT OF THE BOARD OF BIDS AND CONTRACTS' REGULAR MEETING OF JANUARY 24, 2002.**  Presented by Iris Baker, Director, Purchasing Department.

**RECOMMENDED ACTION:**     Approve the recommendations of the Board of Bids and Contracts.

49 — 68

Exhibit
K



**Patients**

Learn More    (https://centralplainshealthcarepartnership.org/patient

## What is Project Access?

In 1999, Project Access began coordinating access to donated medical care for uninsured, low-income residents of Sedgwick County, Kansas.  Thanks to our founding funders — United Way of the Plains, the City of Wichita (CSBG) and Sedgwick County — Project Access is still able to serve the community today.  We are pleased that the following providers participate in Project Access:

- 640 physicians
- 8 hospital systems
- 14 dentists
- 85 pharmacies
- Other allied health care services, such as physical therapy and hospice care

Exhibit K

50 - 68

| HCI # | 402 | A | VIA CHRISTI REG MED CTR |
|---|---|---|---|

929 N ST FRANCIS
WICHITA, KS                    67214
316 268-5178
FEI #  481172106

PAGE NO. 1
HOSP. NO. 000052

| TYPE OF BILL | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| CYCLE 03/31/04 | | |
| OUT2. | | |

| PATIENT NAME | PATIENT'S NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|
| DAVIS , CARLA B | 10993310092 | F | | 03/25/04 | | |

GUARANTOR

PROJECT ACCESS
929 N ST FRANCIS
WICHITA KS 67214

*Indigent Program*

| COB | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| | | | |
| | OTHER | | |

AMOUNT OF PAYMENT

IMPORTANT: PLEASE DETACH & RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR REMITTANCE TO ASSURE PROPER CREDIT.   $ _____

| DATE | SERVICE DESCRIPTION | SERVICE NUMBER | CHARGES | EST. INS. #1 | EST. INS. #2 | EST. INS. #3 | REC. INS. #1 | | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | | |
| 03/25 | 33601881 001 | | 91.00 | | | | | | 91.00 |
| | LIQUID BASED PAP | | | | | | | | |
| | BALANCE FORWARD | | 0.00 | | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | | |
| | LABORATORY        300 | | 91.00 | | | | | | 91.00 |
| | SUB-TOTAL OF CURR. CHARGES | | 91.00 | | | | | | 91.00 |

*CARLA HAD Private Pay/Health INSURANCE With BCBS of Kansas*

WE BILLED ANY APPLICABLE INSURANCE.  ESTIMATES OF
INSURANCE PAYMENTS BASED ON YOUR COVERAGE ARE
SHOWN BELOW.  AMOUNT SHOWN IN  PAY THIS AMOUNT  IS
SUBJECT TO CHANGE BASED ON ACTUAL INSURANCE
PAYMENTS RECEIVED.

*FRAUD*

| TOTALS | 91.00 | | | | | | | 91.00 |
|---|---|---|---|---|---|---|---|---|

10993310092

REFER TO PATIENT'S NAME AND
ACCOUNT NO. ON ALL INQUIRIES
DP-003  VIA CHRISTI  REG MED CTR
WICHITA, KS

*Exhibit K 5.1-62*

| | PAY THIS AMOUNT | 91.00 |
|---|---|---|

REV. 5-87

DAVIS, CARLA B(F,9/7/1971) - Case #10993310092 Med #1099331
Admitted on 3/25/2004 10:00:00 AM for V72.3
BILL PAT

Page 1/1
Printed by 858643
On 07/22/2015 12:30:09 PM

**CENTRAL PLAINS REGIONAL HEALTH CARE FOUNDATION, INC.**
**BOARD OF DIRECTORS**
**2002**

**Christopher A. Moeller, MD (Pres)**
7015 East Central, Suite 100
Wichita, KS 67206

**David A. Grainger, MD (Vice Pres)**
9220 E. 29th St. North, Suite 102
Wichita, KS 67226

**Sister Sherri Marie Kuhn, SSM (Sec)**
Sr. VP for Via Christi Health System
& VP for Via Christi Reg. Med. Center
818 North Emporia, Suite 100
Wichita, KS 67214

**Daniel J. Caliendo, MD (Treas)**
2120 East Central
Andover, KS 67002

**Michael D. Bates, MD**
2703 East Central
Wichita, Ks 67214

**S. Jim Farha, MD**
1313 North Webb Rd., Suite 240
Wichita, KS 67206
Mail: PO Box 780358   67278-0358

**Pat Hanrahan**
President, United Way of the Plains
245 North Water
Wichita, KS 67202

**Robert S. Kenagy, MD**
Medical Dir. Wichita Clinic
9211 E. 21st Street
Wichita, KS 67206

**Joseph C. Meek, MD**
UKSM—Wichita
1010 North Kansas
Wichita, KS 67214

**Randy Nevil**
Pres. Quick Response Marketing, Inc.
4050 South Cedar Lake Road
Goddard, KS 67052

Exhibit K   52-88

**CENTRAL PLAINS REGIONAL HEALTH CARE FOUNDATION, INC.**
**BOARD OF DIRECTORS**
**2003**

**Christopher A. Moeller, MD** (Pres)
7015 East Central, Suite 100
Wichita, KS 67206

**S. Jim Farha, MD**
1313 North Webb Rd., Suite 240
Wichita, KS 67206
Mail: PO Box 780358   67278-0358

**David A. Grainger, MD** (Vice Pres)
9220 E. 29th St. North, Suite 102
Wichita, KS 67226

**Pat Hanrahan**
President, United Way of the Plains
245 North Water
Wichita, KS 67202

**Sister Sherri Marie Kuhn, SSM** (Sec)
Sr. VP for Via Christi Health System
& VP for Via Christi Reg. Med. Center
818 North Emporia, Suite 100
Wichita, KS 67214

**Robert S. Kenagy, MD**
Medical Dir. Wichita Clinic
9211 E. 21st Street
Wichita, KS 67206

**Joseph C. Meek, MD**
UKSM—Wichita
1010 North Kansas
Wichita, KS 67214

**Daniel J. Caliendo, MD** (Treas)
2120 East Central
Andover, KS 67002

**Randy Nevil**
Pres. Quick Response Marketing, Inc.
4050 South Cedar Lake Road
Goddard, KS 67052

**Michael D. Bates, MD**
2703 East Central
Wichita, Ks 67214

Exhibt K 53-68