FAILURE TO INVESTIGATE OR REFER OUT SERIOUS CRIMES FOR INVESTIGATION

From: Car Dav (cardav01292021@yahoo.com)

To:    attydisc@kscourts.org

Date: Tuesday, January 17, 2023 at 01:39 PM CST

To:
Gayle B. Larkin, disciplinary administrator
Office of the Disciplinary Administrator
701 SW Jackson, 1st Floor
Topeka, KS 66603

*Exhibt M*

From:
Carla Davis
901 N. Belmont
Wichita, Kansas 67208
email: cardav01292021@yahoo.com
316-691-8804 (Phone)

RE: Sedgwick County District Attorneys and Kansas Attorney General

Dear Disciplinary Administrator,

I am writing to report refusal of the Sedgwick County District Attorneys-
**Nola Foulston ( Former DA), Mark Bennett, and former Kansas Attorney
General- Derek Schmidt** to investigate or refer out crimes to higher law
enforcement agencies. The crimes involve misuse of weapons of mass
destruction, the drug Fentanyl, rape, abductions, abuse of the elderly, murder,
and violations of constitution and fundamental rights. The victims are the
pregnant Carla Davis, her in utero child Jalen Davis, Dan Tarleton, and Annie
Tarleton. The crimes were committed by attorneys of the law firms:

Foulston Siefkin
Hinkle Law

*SS - 68*

Klenda, Mitchell, Austerman, Zuecher (Now Klenda Austerman)
Martin Pringle

and their clients:

-Wichita Clinic P.A. ( Via Christi Clinic P.A.- NOW Ascension Medical Group Via Christi P.A.)
-Central Plains Health Care Partnership, Inc- ( MSSC)- indigent programs
-Wesley Medical Center LLC
-Ascension Via Christi Hospital-Wichita Inc.(Via Christi Hospitals, Via Christi Regional Medical Center)
-KU School of Medicine- Wichita
-WCGME at KU School of Medicine
-Non-profit organizations- Kansas Health Foundation, United Way of the Plains
-City of Wichita public officials and employees
-Sedgwick County public officials and employees

Please feel free to contact me if you need further information on this matter.

Sincerely,
Carla Davis
email: cardav01292021@yahoo.com
316-691-8804 ( Phone)

Exhibit M

56 - 68

To:

Nola Foulston

8100E. 22nd St. N. Suite 1200

Wichita, Kansas 67226

FAX # 316-686-1077

From:

Carla Davis

901 N. Belmont

Wichita, Kansas 67208

EMAIL: cardav01292021@yahoo.com

### RE: CONFLICTS OF INTEREST

Dear Madam,

The purpose of my communication with you is to clarify some serious conflict of interest and bias issues in a very important matter.

Prior to becoming Sedgwick County District Attorney in 1989, did you have a business and family relationship with the law firm Foulston Siefkin, Powers & Eberhardt, now called Foulston Siefkin, when the law firm represented the client: Wichita Clinic P.A. in Wichita Kansas in the year 2002-2003?

Your prompt response will be appreciated.

Sincerely,

Carla Davis

2/9/23, 6:13 PM                          Monnat & Spurrier | Monnat & Spurrier Attorneys at Law

Dec 28, 2006     *The Wichita Eagle* - By Tim Potter

## Turf issues over Tiller case collide in district court.

In a turf battle between two of the state's most prominent prosecutors, a judge found Wednesday that District Attorney Nola Foulston trumps Attorney General Phill Kline in her decision to dismiss charges he brought against abortion provider George Tiller.

District Judge Paul Clark said it would be up to a higher court to consider any appeal by the attorney general.

Earlier Wednesday, Kline announced that he had appointed Wichita lawyer Don McKinney as an "independent special prosecutor" to carry the case forward and that it would be up to McKinney whether to appeal.

He appointed McKinney for the duration of the case, not a specified amount of time, Kline said. McKinney will make all future decisions about the handling of the case, he said.

Following the hearing, McKinney declined to answer most questions regarding his appointment, saying, "My job has just begun."

It wasn't clear Wednesday whether McKinney could legally continue to press the case, or whether Attorney General-elect Paul Morrison would review the charges.

Morrison spokeswoman Ashley Anstaett said in a statement: "After he takes office, Attorney General Morrison will evaluate all cases and appointments and make the appropriate decisions based on the evidence, the law and his proven judgment. Kansans expect more from their attorney general than grandstanding and political stunts — that's why they voted for change."

Foulston said no case exists because the charges have been dismissed and therefore there is nothing to appeal.

She said McKinney has no standing as a special prosecutor. "Who is this person?" she asked in the courtroom.

"If anyone reviews this case, it is this office that will review it," Foulston said.

Appointing a special prosecutor is not "horribly unusual," said Joyce McCray-Pearson, director of the law library at the University of Kansas School of Law.

"They are done in very special cases," she said. "I think that Phill Kline is making such a huge deal out of this. I think it's an embarrassment to Kansas, in fact."

### Reviewing the files

Although Foulston argued that she, not Kline, had the prime authority to prosecute cases in Sedgwick County, she said she still wanted to review the evidence Kline's staff had compiled to see if charges are warranted against Tiller. She said she has asked Kline to forward the files to her "on more than one occasion…. He's never responded."

But Troy Newman, president of the anti-abortion group Operation Rescue, dismissed Foulston's saying that she would review the files as "meaningless platitudes."

"A district attorney should be more interested in pursuing truth and justice, rather than getting into a power play with the attorney general," Newman said. "This is Queen Nola trying to run Sedgwick County like it's her own little kingdom.

"Let's get Kline out of this. Let's get Nola out of this. Let's see a judge and a jury handle this. If I was George Tiller, I'd want my day in court. There's a lot of accusations out there."

**Recent Posts**

Best of both worlds: Defense attorney by day, rockstar by night
December 27, 2022

Sal Intagliata and Eli O'Brien Named as 2022 Missouri & Kansas Super Lawyers
November 29, 2022

Dan Monnat Listed Among Top 10 of Missouri & Kansas Super Lawyers For Fifth Consecutive Year
November 14, 2022

Tristan Johnson Joins Monnat & Spurrier, Chartered as Associate Attorney
November 10, 2022

Joint Survey by U.S. News & World Report and Best Lawyers® Awards Five "Best Law Firms 2023" Metropolitan Rankings to Monnat & Spurrier, Chartered
November 4, 2022



Exhibit
M

58 - 68

In court, Foulston said the statute of limitations on the cases had expired, but Senior Assistant Attorney General Stephen Maxwell disagreed. Later, Foulston said, "the issue of the statute of limitations is still open."

**Dan Monnat**, one of Tiller's lawyers, said he wasn't troubled by any further review of files involving Tiller. "We have every confidence that Dr. Tiller is innocent," **Monnat** said.

One of Tiller's other lawyers, Lee Thompson, said that the statute of limitations had expired on some of the cases. **Monnat** said Tiller's lawyers are analyzing the charges to see how the statute of limitations applies.

### Judge's focus is one thing

Clark told the packed courtroom, including reporters from across the state and several members of anti-abortion groups, that he was focusing on the question of whether he had power to overrule Foulston's decision to dismiss the charges last week.

In his ruling, he declined to reinstate the charges, finding he had no power to do so. And he said that the key part of his decision was that Foulston, the county's chief prosecutor, didn't agree to Kline's filing charges.

Kline has contended that when he met with Foulston Dec. 21, she did not object to his filing the charges. The allegations accused Tiller of performing 15 illegal late-term abortions in 2003 and failing to report the basis for the abortions.

Kline, who has been criticized for the timing of the charges — about two weeks before he leaves office — said in the statement that records supporting the charges didn't become available to his office until Oct. 24.

After the hearing, Kline said: "The district attorney continues to provide what I believe are defenses that are not supported by law to a criminal defendant."

Two other courts in the past three years had found probable cause that crimes had been committed, he said. "Typically, such cases are prosecuted."

Kline said Wednesday's ruling flew in the face of precedent, but he added, "This is not unexpected."

During one tense moment in the roughly hourlong hearing, Clark ordered a woman to leave the courtroom. It came while Foulston was making her arguments.



When Foulston said, "I'm controlling the prosecution of cases in this jurisdiction," the woman blurted out, "That's the problem."

Kline wouldn't say why he didn't enter the courtroom. During the hearing, he remained in a law library near the judge's chambers while Maxwell represented him in the arguments.

### Case law

Both Maxwell and Foulston cited case law that they contended supported their differing positions on who had authority to bring the charges.

Maxwell said the charges were filed only after a thorough investigation of evidence that included medical records.

He argued that after the attorney general's office filed the charges Dec. 21, Foulston didn't have authority to dismiss them.

When Maxwell said Foulston didn't object to the charges when Kline met with her, she interrupted, saying, "This individual was not even present at the time."

Foulston told Clark: "This district attorney is being usurped by some out-of-towner on his way out."

Kline, whose office is in Topeka, was defeated in the November election by Morrison, the current Johnson County district attorney. Kline will move into the Johnson County

Exhibit
M

S 9 — 62

district attorney's job after being chosen by Republican precinct committee members.

*Contributing: Stan Finger, Joe Rodriguez and Deb Gruver of The Eagle*
*Reach Tim Potter at 316-268-6684 or **tpotter@wichitaeagle.com**.*

All content © 2006 THE WICHITA EAGLE and may not be republished without
permission.

BY TIM POTTER
The Wichita Eagle

Dec 28, 2006        *The Wichita Eagle* - By Deb Gruver

The Wichita lawyer who Attorney General Phill Kline named as a special prosecutor in
the George Tiller case is a longtime abortion opponent who supported Kline's failed re-
election bid.

Donald McKinney was admitted to the Kansas Bar Association in 1987. He is active and
listed in good standing.

Kline called McKinney, a Democrat and brother of House Minority Leader Dennis
McKinney, D-Greensburg, a highly respected attorney.

McKinney could not be reached for comment late Wednesday.

"This appointment of an independent special prosecutor will remove this investigation
from a highly charged political process," Kline said during a news conference
Wednesday.

But Wichita lawyer **Dan Monnat**, one of Tiller's lawyers, said of McKinney, "We've
known him to protest outside Tiller's clinic."

Cheryl Sullenger, spokeswoman for the anti-abortion group Operation Rescue, said
that within the last year she's seen McKinney outside Tiller's clinic "praying for the
babies," walking up and down the sidewalk. "He has a constitutional right to do that."

His opposition to abortion shouldn't disqualify him, she said. "I think you can have
personal views on things and still conduct yourself professionally, and I think Mr.
McKinney would do that."

As for him being outside the clinic, she said: "I think it gives him a unique perspective
when it comes to prosecuting this man. You don't have to be neutral to do your job."

Steve Joseph, a longtime Wichita lawyer, said that "in terms of the legal community,
Don is politically and socially on the far-right fringe."

During this fall's attorney general's race, McKinney was a leader of a group called
Democrats for Kline, along with state Sen. Mark Gilstrap of Kansas City, Kan., and
former state Rep. Charles Laird of Tecumseh.

In October, McKinney criticized The Eagle in front of its offices for not investigating 15-
year-old, unproven allegations of sexual harassment against challenger Paul Morrison,
and for an editorial criticizing statements Kline made at campaign events.

McKinney said the old charges raised serious questions about Morrison's character,
though two lawsuits filed by a former employee were dismissed and she received no
damages.

In July 2001, McKinney represented local members of the group Operation Save
America who took the city of Wichita to federal court after it blocked an anti-abortion

Exhibit
M
60 - 68

parade outside Tiller's clinic. A federal judge overturned the city's action.

In May 1992, a year after the so-called "Summer of Mercy" anti-abortion protests in Wichita, McKinney urged City Council members to prohibit off-duty police officers from working as security guards at medical clinics. He also accused city leaders of spending thousands of dollars guarding clinics where abortions are performed.

A month later, he said a list of one council member's campaign contributions showed "how the blood money of the abortionist has crept into the political process." That council member is no longer in office.

Bill Townsley, president-elect of the Wichita Bar Association, said that he could not offer an official association comment but said McKinney is a member in good standing and participates in committees.

The disciplinary administrator's office, an arm of the Kansas Supreme Court, has no record of disciplinary action or complaints against McKinney.

*Contributing: Tim Potter of The Eagle; Associated Press*
*Reach Deb Gruver at 316-268-6400 or dgruver@wichitaeagle.com*

All content © 2006 THE WICHITA EAGLE and may not be republished without permission.

By DEB GRUVER
The Wichita Eagle

Dec 27, 2006        *The Wichita Eagle* - By Tim Potter

## Kline Abortion Inquiry

A legal battle over whether Attorney General Phill Kline has authority to pursue charges against a Wichita abortion provider will play out today in Sedgwick County District Court.

Kline seeks reinstatement of 30 misdemeanor charges against physician George Tiller that were dismissed Friday at the request of Sedgwick County District Attorney Nola Foulston. In a request for "emergency reconsideration," Kline's office contends that Foulston wrongly interfered and that she did not object to Kline's filing the charges when he met with her in Wichita last Thursday.

Attached to the court document filed by Kline's office is an e-mail Foulston sent to Kline on Friday.

In it, she wrote: "Nothing in our conversation yesterday should be construed as having acquiesced in the filing of these charges by your office . . . ."

She wrote that after researching the issue, "I have determined that you clearly have no authority to pursue criminal charges in this jurisdiction without my consent."

In bold type, she asked Kline to forward to her the investigative file that led to the allegations against Tiller so her office could determine whether prosecution is warranted.

The district attorney's office was acting only on the question of whether Kline had authority to bring the charges, not on the merits of his case, said district attorney's spokeswoman Georgia Cole. Cole declined to comment further.

District Judge Paul Clark signed the order to dismiss the charges Friday. He will preside

Exhibit
M

41-68

over the hearing at 2 p.m. today.

In a brief statement, he said the hearing would focus on whether the court has "power to limit the authority of a district attorney to dismiss" the charges.

The charges included allegations that Tiller carried out 15 illegal late-term abortions and didn't properly report the procedures to state health officials. The charges said the violations occurred in 2003. His lawyer says he is innocent.

One of Tiller's lawyers, **Dan Monnat**, said Tuesday: "We have confidence in the decision made last week by Judge Clark and District Attorney Foulston. We believe that will stand."

**Monnat** said he knows of no other similar charges filed in Sedgwick County since the Roe v. Wade decision in 1973 that declared a basic right to abortion.

"These charges related to his (Kline's) personal disagreement" with courts, including the U.S. Supreme Court, "that a woman's mental health factors into her decision to terminate a pregnancy," **Monnat** said.

A spokesman for Kline's office didn't return phone calls today, and Kline declined to comment.

Kline, a Republican who lost in November to Democrat Paul Morrison and will leave office in two weeks, requested the "emergency reconsideration" late last week.

The court document says the charges stemmed from "years of on-going investigation" by the attorney general's office, "involving hundreds of man-hours, the review of thousands of pages of documents, pleadings, and exhibits, and interviews with witnesses."

After reviewing the evidence, Sedgwick County District Judge Eric Yost found probable cause to believe that Tiller committed the crimes, the document said.

"District Attorney Foulston has sought to bring an immediate and summary end to this criminal case, without allowing a jury to decide the charges on the evidence . . . " the document said.

*Reach Tim Potter at 316-268-6684 or tpotter@wichitaeagle.com.*

All content © 2006 THE WICHITA EAGLE and may not be republished without permission.

By TIM POTTER
THE WICHITA EAGLE

$Exh.bit$

$M$

$62-68$

Dec 23, 2006        *The Wichita Eagle* - By Ron Sylvester

Kansas Attorney General Phill Kline overstepped his authority by filing criminal charges against Wichita abortion provider George Tiller, a Sedgwick County district judge ruled Friday.

Judge Paul Clark granted District Attorney Nola Foulston's request to drop 30 misdemeanor charges against Tiller, after she argued that Kline did not have jurisdiction in the case.

Kline's complaint, filed Thursday afternoon and signed by Judge Eric Yost, accused Tiller of performing 15 illegal late-term abortions and not properly reporting those procedures to state health officials.

Kline said Friday afternoon that he intended to file an "emergency motion for reconsideration" of the dismissal. It was unclear whether he succeeded by the time the Sedgwick County Courthouse closed for the Christmas holiday weekend.

The case created a news roller coaster on Friday.

Kline had filed the charges under seal at 4:37 p.m. Thursday. But Tiller didn't receive the notice until Friday morning — when he found a court summons on the front door of his house, his lawyers said.

Tiller's lawyers called a news conference before noon, saying they expected the case to be dismissed next week and sharply criticizing Kline's actions. Kline has less than three weeks left in office; voters denied him re-election.

"The filing of criminal charges by Phill Kline is the last gasp of a defeated and discredited politician," said Lee Thompson, who represents Tiller. "Rather than exercising his duty as a prosecutor to see that justice is done, he has chosen to engage in a malicious and spiteful prosecution on the eve of Christmas."

Thompson didn't know Foulston was already preparing to have the charges dropped on the basis of jurisdiction.

The attorney general is the chief law enforcement officer in the state, but under Kansas law he cannot pursue a case without the consent of the local prosecutor.

"The district attorney has not invited or requested, consented or acquiesced, or failed to object to the filing of the complaint," Foulston told the judge in a court filing. "The district attorney does in fact object to any such filing by the Attorney General, as he lacks the legal authority to file such complaint in this jurisdiction."

She did not address the allegations made in the criminal complaint.

By 12:50 p.m., Clark had signed the order to dismiss the charges.

At 1:20 p.m., Foulston's office e-mailed copies of her filing to local news reporters.

During his own news conference at 3 p.m. Friday in Topeka, Kline said that he had met with Foulston before filing charges, and that she had not questioned his decision.

The charges included allegations that Tiller performed abortions at 25 to 31 weeks of gestation, misdiagnosed a variety of mental illnesses and disorders in those cases and did not properly report them to the Kansas Department of Health and Environment.

A few weeks ago — after a two-year legal battle — Kline obtained the records of 90 patients from Tiller's clinic and from a clinic in Overland Park operated by Planned Parenthood of Kansas and Mid-Missouri.

The U.S. Supreme Court has said abortions after 22 weeks of gestation must be intended to reduce a health risk to the mother. The Kansas Supreme Court has ruled that such risks include the mental health of the woman.

Kline said what he saw in the medical records did not constitute "a finding of substantial and irreversible damage to a major bodily function of the mother" as the law requires for a late-term abortion.

"Kansas law only allows a post-viability abortion if the mother's life is in jeopardy," Kline said, "which has happened in zero instances in Kansas according to reports over the past numerous years."

**Dan Monnat**, a criminal defense lawyer who represents Tiller, told The Eagle: "You can see each primary count is Phill Kline's disagreement with the notion that a woman's mental health can be considered in a abortion determination. And each secondary count is some hypertechnical bizarre view of the state's reporting requirement."

**Monnat** said he and Thompson, a former federal prosecutor, had contemplated the legality of Kline's dealings with the Sedgwick County District Court but had not

Exhibit

M

63 — 68

discussed the matter with Foulston.

"Really, there were multiple legal grounds on which to get this dismissed," **Monnat** said. "Factually, Dr. Tiller is innocent of any wrongdoing, so a motion to dismiss should be granted on that basis. Nola has now found the legal flaw in the attorney general's parting action, which resulted in an expeditious dismissal."

Paul Morrison, the Johnson County district attorney who switched parties to take on Kline as a Democrat and who assumes office Jan. 8, questioned the way Kline handled the case without consulting him.

"I just don't think it was a very professional way to do it," Morrison said. "I would never file a very involved and controversial case and leave it for somebody else to have to deal with."

If charges against Tiller are reinstated, as Kline hopes, Morrison said he will evaluate the charges before deciding how to proceed.

"We'll look at them and evaluate them and make a decision about what to do," he said. "It's hard for me to talk about the merits of the case because I haven't seen it."

Said Thompson: "Attorney General Morrison is an experienced prosecutor. With him, I expect we can deal with him as we would with any other experienced, credible professional prosecutor."

Kline is nationally known as an anti-abortion advocate, and it proved a touchstone issue in his campaign. A committee of Republicans recently chose Kline to replace Morrison as Johnson County district attorney.

When asked at his news conference if he had "work on this to do in Johnson County," Kline answered:

"No comment. I will mention that the investigation is ongoing."

*Reach Ron Sylvester at 316-268-6514 or **rsylvester@wichitaeagle.com**.*
Contributing: Fred Mann and Hurst Laviana of The Eagle; Steve Vockrodt of the Olathe News reporting from Topeka.

All content © 2006 THE WICHITA EAGLE and may not be republished without permission.

By RON SYLVESTER
The Wichita Eagle

Exhibit
M

64—68

Dec 22, 2006        *The Wichita Eagle* - By Ron Sylvester

A Sedgwick County judge dropped misdemeanor charges today against Wichita-based abortion provider George Tiller at the request of the district attorney, who said that Kansas' top law enforcement official overstepped his authority.

Judge Paul Clark granted District Attorney Nola Foulston's request to drop 30 charges filed Thursday by Attorney General Phill Kline, a vocal abortion opponent.

Kline added to the legal jousting by announcing this afternoon that he'll file an emergency motion for the judge to reconsider "what we believe is a flawed decision."

Although the attorney general is the chief law enforcement officer in the state, Foulston said that Kline cannot pursue charges in a particular county without being invited by the local prosecutor to do so, or without authority from the governor.

IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 99,050

STATE OF KANSAS, EX REL.;
STEPHEN SIX, ATTORNEY GENERAL
OF THE STATE OF KANSAS,
*PETITIONER,*

v.

THE HONORABLE RICHARD D. ANDERSON,
JUDGE OF THE THIRD JUDICIAL DISTRICT,
SHAWNEE COUNTY, KANSAS,
*RESPONDENT.*

PROTECTIVE ORDER

In response to the Notice of Collateral Proceedings and Receipt of Subpoena for Records filed by Respondent Richard D. Anderson and to the Emergency Motion for Protective Order filed by the Petitioner Attorney General in this matter, and because of other related matters pending before this Court, this Court hereby orders that Judge Anderson is to maintain exclusive possession of the inquisition records maintained by him until further order of this Court. These records include but are not limited to all of the items listed in the Subpoena Duces Tecum attached to the Notice.

This Court hereby further orders Judge Anderson not to appear as commanded in the same Subpoena until further order of this Court.

IT IS BY THE COURT SO ORDERED this 4th day of April 2008.

*for* CHIEF JUSTICE KAY McFARLAND

Exhibit M
65 — 68

Kansas City's independent source for news and culture

Q

Exhibit

M)

# Doctor George Tiller's obituary

*June 3, 2009* by Justin Kendall (https://www.thepitchkc.com/author/justin-kendall/)

%{[ data-embed-type="image" data-embed-id="57150c3f89121ca96b95fd0f" data-embed-element="aside" ]}%

Tiller, Dr. George R., age 67, Diplomat of the American Board of Family Practice and Medical Director of Women's Health Care Services, died on Sunday, May 31, 2009. He was shot and killed while serving as an usher at his place of worship, Reformation Lutheran Church. George was the son of Dr. Jack and Catherine Tiller. He was born in Wichita at Wesley Hospital where he later became President of the Medical Staff. As a young man he attended Alcott Elementary School, Robinson Junior High School, and Wichita East High School, graduating in 1959. He attended the University of Kansas on a swimming scholarship, completed a degree in zoology in 1963, and graduated from the University of Kansas School of Medicine in 1967. He served his medical internship at the U.S. Naval Hospital, Camp Pendleton, CA. He graduated from the Naval Aerospace Medical Institute Flight Surgeon School and became a U.S. Navy Flight Surgeon.

In 1970, upon the death of his father, mother, sister Paula and brother-in-law, George returned to Wichita to assume his father's medical practice at 5101 E. Kellogg, the current location of Women's Health Care Services. George served as one of the team physicians for the Wichita Wings. He was Medical Director of Women's Alcoholism Treatment Services for the Sedgwick County Health Department. At Wesley Medical Center he was a clinical instructor in the Department of Family Medicine, a member of the Executive Committee, and President of the Medical Staff. He was a member of the American Medical Association, the American Academy of Family Physicians, the National Abortion Federation and many other national organizations. He was a renowned speaker and guest lecturer on women's health issues for numerous organizations around the world.

66 — 68

George married his best friend and life partner Jeanne Guenther in 1964. He is survived by his wife Jeanne, son Maury (Kristin) and daughters Jennifer, Rebecca (Eric), and Krista (Cory); ten grandchildren: Jackson, Julia, Joseph, Cora, Nathan, Lily, Kathryn, George, James and Benjamin; and his sister Diana (Roger).

The Tillers wish to thank countless friends, community members and well-wishers for the tremendous outpouring of world-wide love and support. The Tillers recognize and commend all law enforcement agencies for their

