[House Hearing, 110 Congress]
[From the U.S. Government Publishing Office]

*CASE# 6.23-CV-1010-JAR-KGG*

THE INSPECTOR GENERAL'S INDEPENDENT REPORT ON THE FBI'S USE OF NATIONAL
SECURITY LETTERS

=========================================================================

HEARING

BEFORE THE

COMMITTEE ON THE JUDICIARY
HOUSE OF REPRESENTATIVES

ONE HUNDRED TENTH CONGRESS

FIRST SESSION

*Exhibit N*

MARCH 20, 2007

Serial No. 110-21

*67-68*

Printed for the use of the Committee on the Judiciary

Available via the World Wide Web: http://judiciary.house.gov

U.S. GOVERNMENT PRINTING OFFICE
34-175                 WASHINGTON : 2007

For Sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov  Phone: toll free (866) 512-1800; (202) 512�091800
Fax: (202) 512�092250 Mail: Stop SSOP, Washington, DC 20402�090001

COMMITTEE ON THE JUDICIARY

JOHN CONYERS, Jr., Michigan, Chairman

| | |
|---|---|
| HOWARD L. BERMAN, California | LAMAR SMITH, Texas |
| RICK BOUCHER, Virginia | F. JAMES SENSENBRENNER, Jr., |
| JERROLD NADLER, New York | Wisconsin |
| ROBERT C. SCOTT, Virginia | HOWARD COBLE, North Carolina |
| MELVIN L. WATT, North Carolina | ELTON GALLEGLY, California |
| ZOE LOFGREN, California | BOB GOODLATTE, Virginia |
| SHEILA JACKSON LEE, Texas | STEVE CHABOT, Ohio |
| MAXINE WATERS, California | DANIEL E. LUNGREN, California |
| MARTIN T. MEEHAN, Massachusetts | CHRIS CANNON, Utah |
| WILLIAM D. DELAHUNT, Massachusetts | RIC KELLER, Florida |
| ROBERT WEXLER, Florida | DARRELL ISSA, California |
| LINDA T. SANCHEZ, California | MIKE PENCE, Indiana |
| STEVE COHEN, Tennessee | J. RANDY FORBES, Virginia |
| HANK JOHNSON, Georgia | STEVE KING, Iowa |
| LUIS V. GUTIERREZ, Illinois | TOM FEENEY, Florida |

limited in scope and duration.
     Further, gags must come with a meaningful right to challenge them
before a neutral arbiter. Last year's amendments created a sham court
proceeding, whereby a judge is powerless to modify or overturn a gag if
the federal government simply certifies that national security is at
risk, and may not even conduct any review for a full year after the NSL
is issued. Under the NSL statute, the federal government's
certification must be treated as ``conclusive,'' rendering the ability
to go before a judge meaningless. To comport with the First Amendment,
a recipient must be able to go before a judge to seek meaningful
redress.
Court Review
     If there is one undeniable conclusion that Congress can draw from
the Inspector General's report, it is that the FBI cannot be left to
police itself. Allowing the FBI to keep self-certifying that it has met
the statutory requirements invites further abuse and overuse of NSLs.
Contemporaneous and independent oversight of the issuance of NSLs is
needed to ensure that they are no longer issued at the drop of a hat to
collect information about innocent U.S. persons. Court review will
provide those checks and balances as was intended by the Constitution.

                               CONCLUSION

     The Inspector General reviewed just a tiny proportion of NSLs
issued by the FBI from 2003 through 2005, yet he found an extraordinary
level of mismanagement, incompetence, and willful misconduct that
clearly demonstrates that the unchecked NSL authorities given to the
FBI in the Patriot Act must be repealed. The FBI and Department of
Justice have shown that they cannot police themselves and need
independent oversight. The American Civil Liberties Union applauds the
Committee for holding this hearing and opening a window on these
abuses, but there is more work to be done. Congress must fully
investigate the FBI's abuse of power to insure that those responsible
for these violations are held accountable, and the innocent people who
have had their privacy invaded and their civil rights abused need to be
identified and notified, and records that have been improperly or
inappropriately seized should be purged from FBI databases. But most
importantly, Congress needs to fix the Patriot Act, which has set the
stage for all of these problems.

Letter requesting additional information submitted to Valerie Caproni,
            General Counsel, Federal Bureau of Investigation


     Press release by the Department of Justice from March 9, 2007,
submitted by the Honorable Howard Coble, a Represenative in Congress
      from the State of North Carolina, and Member, Committee on the
                              Judiciary


Article entitled ``Official Alerted F.B.I. to Rules Abuse 2 Years Ago,
   Lawyer Says,'' The New York Times, submitted by the Honorable John
                             Conyers, Jr.

Exhibit N
68-68

Case #
6:23-CV-1010-
JAR-
KGG