### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLA DAVIS and ) | |
| JALEN DAVIS, ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 6:23-CV-1010-JAR-KGG |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et al ) | |
| Defendants. ) | |

### RESPONSE OF DEFENDANTS SPADE, DISMUKE AND WICHITA CENTER FOR GRADUATE MEDICAL EDUCATION, INC. TO PLAINTIFFS' MOTION FOR LEAVE (DOC. 279)

**COME NOW** the Defendants, Dee Spade, M.D., Stewart E. Dismuke, M.D., and the Wichita Center for Graduate Medical Education, Inc., by and through their attorneys of record, and hereby submit this response to Plaintiffs' Motion for Leave and Affidavits in Support of Motion:

In their motion and accompanying affidavit, Plaintiffs indicate that they did not receive copies of the motions to dismiss and memorandums in support filed by Defendants Dee Spade, M.D. (Doc. 192, 193), Stewart E. Dismuke (Doc. 202, 203), and the Wichita Center for Graduate Medical Education, Inc. (WCGME) (Doc. 204, 205). Counsel for these Defendants has no basis to know whether the Plaintiffs did or did not actually receive copies of those court filings. However, as the Court will note, the certificates of service for each of those filings indicate that a copy was placed in the mail to Plaintiffs. Defense counsel is confident that copies of those filings were placed in the United States Mail to the Plaintiffs, at the time those filings were submitted to the Court for filing. Nevertheless, in light of the statements in the Plaintiffs' Motion For Leave, defense counsel is today placing another copy of all six of the referenced filings in the mail to the Plaintiffs.

Regarding the relief requested by Plaintiffs, Defendants do not oppose Plaintiffs' request for leave to file responses to the motions out of time. Defendants leave that decision to the sound judgment of the Court.

**Submitted by:**

**WOODARD, HERNANDEZ, ROTH & DAY, LLC**

/s/ Chris S. Cole
Chris S. Cole, #16343
Steven C. Day, #09755
245 N. Waco, Suite 260
P.O. Box 127
Wichita, KS 67201-0127
316/ 263-4958     Fax:   316/ 263-0125
ccole@woodard-law.com
*Attorneys for Clark Shultz, the Kansas Health Care Stabilization Fund, Brenda Kallemeyn, Stewart E. Dismuke, C. Wilson Wesbrook, M.D., Dee Spade, M.D., and Wichita Center for Graduate Medical Education*

## CERTIFICATE OF SERVICE

       I hereby certify that on the 5th day of July, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties of record and which was served by placing the same in the U.S. mail, first-class postage prepaid to the following:

Carla Davis                                                                            cardav01292021@yahoo.com
Jalen Davis
901 N. Belmont
Wichita, KS 67208
*Pro se plaintiffs*

                                  /s/ Chris S. Cole
                                Chris S. Cole, #16343
                                Steven C. Day, #09755
                                *Attorneys for Clark Shultz, the Kansas*
                                *Health Care Stabilization Fund, Brenda Kallemeyn,*
                                *Stewart E. Dismuke, C. Wilson Wesbrook, M.D., Dee*
                                *Spade, M.D., and Wichita Center for Graduate Medical*
                                *Education*