FILED
U.S. District Court
District of Kansas

AUG 16 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLA DAVIS, indv. ) | |
| JALEN DAVIS, indv. ) | |
|       Plaintiffs, ) | CASE No. 6:23-CV-01010-JAR-KGG |
| v. ) | |
| U.S DEPARTMENT OF ) | |
| JUSTICE; et al ) | |
| _____ ) | |

**PLAINTIFFS' REQUEST TO VACATE REFERRAL TO MAGISTRATE JUDGE**

COMES NOW plaintiffs- Carla Davis and Jalen Davis individually, pursuant to Fed. R. Civ. P. 73 (b) (3) asking the district judge to vacate the referral to a magistrate judge in this case. On Monday August 14, 2023, plaintiffs filed with the Court "Plaintiffs' Motion For Oral Hearing and Brief In Support of Motion"; on the same day August 14, 2023, the motion was referred to a magistrate judge. Plaintiffs do not want a magistrate judge referral to conduct civil actions, proceedings, nor trial in this case by no means at all. In support of request to the district judge the plaintiffs state:

1. Fed. R. Civ. P. 73 (a) states, "When authorized under 28 U.S.C. subsection 636(c), a magistrate judge may **if all parties consent**, conduct a civil action or proceeding, including a jury or nonjury trial..." *The plaintiffs do not consent* that a magistrate judge preside over their case at all or the magistrate judge recommend dispositions in case dispositive motions referred by. At the beginning of this case the plaintiffs refused the Clerks offer of documents pertaining to a magistrate judge making decisions on this case. *Plaintiffs request that only a district judge preside and handle the pr-trial motions, hearings, discovery, and trial.* Also plaintiffs do not give implied consent through their actions in this matter; therefore, asking the Court to remove the magistrate judge referral.

2. 28 U.S.C. subsection 636(b) (1) (A) states, "a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, **except** a motion for

1-7

**injunctive relief, for judgment on the pleadings, for summary judgment….a claim upon which relief can be granted, and to involuntary dismiss an action…**" The plaintiffs' case involves these important issues of law that will be discussed at the hearing for oral argument requested by plaintiffs in their pleading "Plaintiffs' Motion For Oral Hearing and Brief In Support of Motion" filed on Monday August 14, 2023, plaintiffs ask that the Court schedule oral argument on all the following:

  a. Plaintiffs' Oppositions to ALL multiple defendants who filed a <u>Motion to Dismiss</u> in this case.
  b. Order to Show Cause (regarding refusal of service and noncompliance with the summons instructions)
  c. Defendant Ascension Medical Group Via Christi P.A. who was served summons and complaint but have not responded with an Answer or Motion to Dismiss.
  d. Plaintiff's Motion for Surreply on defendant Board of Sedgwick County Commissioners

The plaintiffs' Complaint shows the plaintiffs are seeking injunctive relief in this case. This is a case of first impression having Article III standing, involving severe conflicts and controversies requiring the experience of an Article III judge. A magistrate judge is not an Article III judge and plaintiffs do not feel comfortable having a magistrate judge referred to make disposition recommendations on dispositive motions.

    3. The plaintiffs- Carla Davis and Jalen Davis <u>did not</u> file their case in forma pauperis, <u>are not</u> using the Court's resources, and plaintiffs have a constitutional right to have their case heard by an Article III judge.

    Plaintiffs ask the district judge to remove the magistrate judge from presiding over plaintiffs' requested hearing for all the above reasons. Plaintiffs respectfully ask the district judge to vacate the referral to a magistrate judge.

Respectfully Submitted,

*Jalen Davis*     *C Davis*

Jalen Davis and Carla Davis
901 N. Belmont; Wichita, Kansas 67208
316-691-8804 (phone)

## CERTIFICATE OF SERVICE

I hereby certify that on this ___16th___ day of ___August___ 2023, a copy of the ___Plantiffs' Request To Vacate Referral to Magistrate Judge___ document was placed in the U.S. postal mail to the following who have served plaintiffs an entry of appearance in the case on or before the above date:

BK Christopher and Matthew Close

HORN AYLWARD & BANDY LLC

2600 Grand Boulevard, Suite 1100

Kansas City, Missouri   64108

*Defendants: The Children's Mercy Hospital*

*and Virgil F. Burry*


Katelyn Radloff

KDHE

1000 SW Jackson, Suite 560

Topeka, Kansas 66612

*Defendants: Janet Stanek , Michael Moser M.D.*

*KDHE, Gianfranco Pezzino M.D.*


Justin L. McFarland-Kansas Insurance Dept.

1300 SW Arrowhead Road

Topeka, Kansas 66604

*Defendants: Vicki Schmidt*

*and Kansas Insurance Dept.*

Mackenzie M. Baxter

Hite, Fanning & Honeyman L.L.P.

100 N. Broadway, Ste. 950

Wichita, Kansas 67202

*Defendant: Ascension Medical Group Via Christi P.A.(Ascension Organization)*

*Wichita Clinic P.A. and Robert Kenagy M.D.*


Jennifer Magana- City Attorney and Eric S. Houghton-Deputy City Attorney

455 North Main, 13th Floor

Wichita, Kansas 67202

*Defendants: Wichita City Council and Brandon Whipple*


Chris S. Cole

WOODARD HERNANDEZ ROTH & DAY. LLC

245 N. Waco, Suite 260; P.O. Box 127

Wichita, Kansas 67201-0127

*Defendants: WCGME, Clark Shultz and*

*the Kansas Health Care Stabilization Fund*

*Clyde Wilson Wesbrook M.D.*

*Stewart Dismuke, Brenda Kallemeyn,*


Christopher A. McElgunn

301 N. Main, Suite 1600

Wichita, Kansas 67202

*Defendant's: Klenda Austerman L.L.C.*

4 -7

Stanley R. Parker- Asst. Attorney General

120 SW 10th Ave., 2nd floor

Topeka, Kansas 66612-1597

*Defendants: Kansas University School of Medicine, And WCGME*

*Garold O. Minns-Wichita Dean,*

*Kansas Homeland Security, Davis Weishaar-Kansas Adjunct General*


Matthew L. Shoger- Asst. Attorney General

120 SW 10th Ave., 2nd floor

Topeka, Kansas 66612-1597

*Defendant: Kris Kobach and Marc Bennett*


Justin P. Phelps

301 N. Main, Suite 1300

Wichita, Kansas 67202

*Defendant: Wesley Medical Center*


Rebecca E. Bergkamp, Mark R. Maloney, Brian L. White

Hinkle Law Firm L.L.C.

1617 N. Waterfront Pkwy, Ste. 400

Wichita, Kansas 67206

*Defendant: Anna Stork-Fury M.D.*


Andrew Foulston and Katy Olson

McDonald Tinker PA

300 W. Douglas, Suite 500

Wichita, Kansas 67202

*Defendant: Central Plains Health Care Partnership, Medical Society of Sedgwick County, Hewitt Goodpasture*


Kevin T. Stamper

100 N. Broadway, Suite 650

Wichita, Kansas 67202

*Defendant: Board of County Commissioners of Sedgwick County*

| Samantha Woods | and | Ruslan Ivanov |
| --- | --- | --- |
| 645 E. Douglas. | | 8510 E. 29th Street N. Apt. 2202 |
| Wichita, Kansas 67202. | | Wichita, Kansas 67226 |

*Defendants: Travis Stembridge M.D. and David Grainger M.D.*

Jay Fowler

1551 N. Waterfront Pkwy # 100

Wichita, Kansas 67206

*Defendant: Gerard Bassell M.D.*

Christopher Allman

Office of United States Attorney-KCKS

500 State Ave., Suite 360

Kansas City, KS. 66101

*Defendants: U.S. Dept. of Justice, Merrick Garland, U.S. Dept. of HHS, Xavier Becerra, Dustin Slinkard-Ks. US Attorney, Eric Melgren-Former U.S. Ks. Attorney*

Steven Day

245 N. Waco, Suite 260

Wichita, Kansas 67202

*Defendant: Dee Spade*



Jeffery Jordan

1551 N. Waterfront Pkwy., Suite 100

Wichita, Kansas 67206

*Defendant: Foulston Seifkin*

_____
Carla Davis

_____
Jalen Davis