# United States District Court

## ------------------------- DISTRICT OF KANSAS----------------------------

CARLA DAVIS, et al.,

         **Plaintiffs,**

v.                           **Case No:  23-1010-JAR**

U.S. DEPARTMENT OF JUSTICE,
et al.,

         **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS THEREFORE ORDERED BY THE COURT** that Defendants' Motions to Dismiss (Docs. 66, 96, 98, 100, 102, 103, 105, 109, 111, 113, 115, 129, 133, 168, 174, 183, 185, 187, 192, 194, 196, 198, 200, 202, 204, 206, 215, 237, 291) are **granted** and this case is hereby **dismissed in its entirety**.

      **IT IS FURTHER ORDERED** that Plaintiffs' Motion for Oral Argument (Doc. 305), is **denied**, and Plaintiffs' Motion for Leave to file a Surreply (Doc. 290) to the Sedgwick County Board of County Commissioner's Motion to Dismiss is **granted**.

      **IT IS FURTHER ORDERED** that Plaintiffs' Motion for Designation of Place of Trial (Doc. 92), Plaintiffs' Request to Vacate Referral to Magistrate Judge (Doc. 306), and Defendants Kansas Homeland Security and David Weishaar's Motion to Dismiss (Doc. 114) are **moot**.

**IT IS SO ORDERED.**


September 28, 2023                    SKYLER B. O'HARA
        Date                              CLERK OF THE DISTRICT COURT

                            by:  *s/ Sarah Spegal*
                                    Deputy Clerk